## EXHIBIT B

### JPL Order

**THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**ANTIGUA AND BARBUDA**

**CLAIM NO. ANUHCV 2022/0480**

**IN THE MATTER OF EMERGENT FIDELITY TECHNOLOGIES LTD**
**AND IN THE MATTER OF THE INTERNATIONAL BUSINESS CORPORATIONS ACT, CAP. 222**

**BETWEEN:**

**ANGELA BARKHOUSE AND TONI SHUKLA**
**(AS RECEIVERS OF SHARES IN EMERGENT FIDELITY TECHNOLOGIES LTD)**

**Petitioners / Applicants**

**-and-**

**EMERGENT FIDELITY TECHNOLOGIES LTD**

**Respondent**

_____

**DRAFT ORDER**

_____

**BEFORE:**   **The Honourable Justice Darshan Ramdhani KC (Ag.)**

**DATED:**   **5 December 2022**

**ENTERED:**     **December 2022**

**UPON** the Applicants on 2 December 2022 having filed a Petition to wind up the Respondent under the provisions of the International Business Corporations Act, Cap. 222 (the "**Act**");

**AND UPON** the Applicants' application dated 2 December 2022 for an order that Angela Barkhouse and Toni Shukla be appointed as joint provisional liquidators of the Respondent, pending the determination of the Petition;

**AND UPON READING** the affidavit of Angela Barkhouse and the exhibit thereto;

**AND UPON HEARING** Kendrickson H. Kentish, counsel for the Applicants;

**IT IS ORDERED THAT:**

1.  Angela Barkhouse, of Quantuma (Cayman) Ltd, Suite N404, Flagship Building, 142 Seafarers Way, George Town, Grand Cayman, Cayman Islands, and Toni Shukla, of Quantuma (BVI) Ltd, Coastal Building, Wickhams Cay II, Road Town, Tortola, British Virgin Islands (the "**Provisional Liquidators**") are appointed as joint provisional liquidators of the Respondent.

2.  The purposes of the Provisional Liquidators' appointment are to investigate the Respondent's affairs and to preserve the value of the Respondent's assets for the benefit of those entitled to them, pending the determination of the Petition to wind up the Respondent.

3.  The Provisional Liquidators have all the powers of a liquidator under s.308(1)(a)-(g) of the Act as may be necessary for these purposes, to:

    (a)  retain solicitors, accountants, engineers, appraisers and other professional advisers;

    (b)  bring, defend or take part in any civil, criminal or administrative action or proceeding in the name and on behalf of the Respondent;

    (c)  carry on the business of the Respondent as required for all orderly liquidation save that they shall not sell any property of the Respondent, or borrow money on the security of the property of the Respondent, or settle or compromise any claims by or against the Respondent without leave of the Court;

    (d)  do all acts and execute any documents in the name and on behalf of the Respondent; and

4.  Subject to paragraph 3, the powers of the Provisional Liquidators in paragraph 3 above shall include the powers to:

    (a)  Exercise any and all rights that the Respondent may have as a shareholder in any company, or any other rights that the Respondent may have in any other entity or business structure, including but not limited to exercising any voting rights in any subsidiary(ies) of the Respondent to appoint themselves or their nominee(s) as director(s) of any such subsidiary(ies);

    (b)  Retain attorneys and act in any foreign jurisdiction on behalf of the Respondent as permitted by the applicable foreign law, including commencing legal proceedings in their own names or in the name and on behalf of the Respondent for the recognition of their appointment by this Court or for their appointment (whether or not with any co-appointee(s)) by the foreign court, or for orders in aid of the Respondent's liquidation or for the assistance of the foreign court in the carrying out of their duties as Liquidators, including but not limited to proceedings under Chapter 15 of the United States Bankruptcy Code;

(c)  Subject to the prior approval of the Court, sell, realise and/or otherwise monetise the Respondent's shares in Robinhood Markets, Inc.; and

(d)  Subject to the prior approval of the Court, obtain funding on commercial terms for the performance of their duties, including in connection with any legal proceedings for which funding is permitted under the applicable law.

5.  The Provisional Liquidators are not required to give security for their appointment.

6.  The Provisional Liquidators are entitled to reasonable remuneration for their time spent in the performance of their duties, such remuneration to be assessed by the Court.

7.  The Provisional Liquidators are entitled to be indemnified for their remuneration and expenses from the Respondent's assets.

8.  No suit, action or other proceeding be commenced or continued against the Respondent or in respect of its assets, except with the leave of the Court and subject to such terms as the Court may impose.

9.  Without prejudice to paragraph 8 above, all claims brought against the Respondent in this jurisdiction are stayed, including Claim No. ANUHVC2022/0456.  This is without prejudice to the right of any party to any such proceedings to apply to the Court to lift the stay in whole or in part.

10.  The application be listed for a further hearing on Tuesday 13 December 2012 at 8.30 am.

11.  Anyone served with or notified of this Order may apply to the Court at any time to vary or discharge this order (or so much of it as affects that person), but they must first inform the Applicants' legal practitioners. If any evidence is to be relied upon in support of the application, the substance of it must be communicated in writing to the Applicants' legal practitioners in advance.

12.  The costs of this application are reserved.

**BY THE COURT**

_____  **approved**

**REGISTRAR**

**THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**ANTIGUA AND BARBUDA**

**CLAIM NO. ANUHCV 2022/0480**

**IN THE MATTER OF EMERGENT FIDELITY**
**TECHNOLOGIES LTD**
**AND IN THE MATTER OF THE INTERNATIONAL**
**BUSINESS CORPORATIONS ACT, CAP. 222**

**BETWEEN:**

**ANGELA BARKHOUSE AND TONI SHUKLA**
**(AS RECEIVERS OF SHARES IN EMERGENT**
**FIDELITY TECHNOLOGIES LTD)**
**Petitioner / Applicants**
**-and-**

**EMERGENT FIDELITY TECHNOLOGIES LTD**
**Respondent**

_____

**DRAFT ORDER**

_____

**Lake, Kentish & Bennett Inc.**
**Temple Chambers**
**36 Long St**
**St John's**
**Antigua**
**Tel: +1 268 462 1012**
**Fax: +1 268 462 2568**

**Legal Practitioners for the Petitioners**