# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Emergent Fidelity Technologies Ltd, | ) |
| | ) Case No. 23-10149-JTD |
| Debtor.[1] | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Morgan, Lewis & Bockius LLP hereby appears in the above-referenced chapter 11 case to represent Emergent Fidelity Technologies Ltd, as debtor and debtor-in-possession (the "Debtor"), under the control of Angela Barkhouse and Toni Shukla as the Joint Provisional Liquidators pursuant to the Appointment Order[2] of the Eastern Caribbean Supreme Court, High Court of Justice, Antigua and Barbuda, dated December 5, 2022, and pursuant to rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

| | |
|---|---|
| Jody C. Barillare (Bar No. 5107) | John C. Goodchild III |
| Morgan, Lewis & Bockius LLP | Matthew C. Ziegler |
| 1201 N. Market Street, Suite 2201 | Morgan Lewis & Bockius LLP |
| Wilmington, DE 19801 | 1701 Market Street |
| Telephone: (302) 574-3000 | Philadelphia, PA 19103 |
| Facsimile: (302) 574-3001 | Telephone: (215) 963-5000 |
| jody.barillare@morganlewis.com | Facsimile: (215) 963-5001 |
| | john.goodchild@morganlewis.com |
| | matthew.ziegler@morganlewis.com |

Craig A. Wolfe
Joshua Dorchak
David K. Shim
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
craig.wolfe@morganlewis.com
joshua.dorchak@morganlewis.com
david.shim@morganlewis.com

---

[1] The Debtor in this Chapter 11 case is Emergent Fidelity Technologies Ltd, a company formed under the laws of Antigua and Barbuda with registration number 17532 as identified by the Antigua and Barbuda Financial Services Regulatory Commission.  The Debtor's principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] The Appointment Order is attached as Exhibit B to the *Declaration of Angela Barkhouse in Support of the Debtor's Chapter 11 Petition* [D.I. 3].

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile, courier, telephone, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of the Debtor including, without limitation (i) the right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) the Debtor's right to enforce any contractual provision with respect to arbitration; or (v) any other rights, claims, actions, or defenses to which the Debtor is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions and defenses expressly are reserved.

[*Signature page to follow*]

| | |
|---|---|
| Dated: February 3, 2023<br>Wilmington, DE | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>/s/ *Jody C. Barillare*<br>Jody C. Barillare (Bar No. 5107)<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>Telephone: (302) 574-3000<br>Email: jody.barillare@morganlewis.com<br><br>- and -<br><br>John C. Goodchild, III<br>Matthew C. Ziegler<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5000<br>Email: john.goodchild@morganlewis.com<br>Email: matthew.ziegler@morganlewis.com<br><br>- and -<br><br>Craig A. Wolfe<br>Joshua Dorchak<br>David K. Shim<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br>Email: craig.wolfe@morganlewis.com<br>Email: joshua.dorchak@morganlewis.com<br>Email: david.shim@morganlewis.com<br><br>*Proposed Counsel to the Debtor and Debtor-in-Possession* |