**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Emergent Fidelity Technologies Ltd, | ) |
| | ) Case No. 23-10149 (JTD) |
| Debtor. | ) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Matthew C. Ziegler of Morgan, Lewis & Bockius LLP to serve as counsel to Emergent Fidelity Technologies Ltd, as debtor and debtor-in-possession, under the control of Angela Barkhouse and Toni Shukla as the Joint Provisional Liquidators pursuant to the Appointment Order of the Eastern Caribbean Supreme Court, High Court of Justice, Antigua and Barbuda, dated December 5, 2022, in the above captioned case.

Dated: February 3, 2023　　　　　　　/s/ *Jody C. Barillare*
Wilmington, DE　　　　　　　　　　　Jody C. Barillare (Bar No. 5107)
　　　　　　　　　　　　　　　　　　**MORGAN, LEWIS & BOCKIUS LLP**
　　　　　　　　　　　　　　　　　　1201 N. Market Street, Suite 2201
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　Telephone: (302) 574-3000
　　　　　　　　　　　　　　　　　　Email: jody.barillare@morganlewis.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of New York and the Commonwealth of Pennsylvania, and submit to the disciplinary jurisdiction of this Court. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: February 3, 2023　　　　　　　/s/ *Matthew C. Ziegler*
Philadelphia, PA　　　　　　　　　　Matthew C. Ziegler
　　　　　　　　　　　　　　　　　　**MORGAN, LEWIS & BOCKIUS LLP**
　　　　　　　　　　　　　　　　　　1701 Market Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　Telephone: (215) 963-5000
　　　　　　　　　　　　　　　　　　Email: matthew.ziegler@morganlewis.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

Dated: February 3rd, 2023　　　　　　　　　　　**JOHN T. DORSEY**
Wilmington, Delaware　　　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**