**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**J. CALEB BOGGS FEDERAL BUILDING**
**844 KING STREET, SUITE 2207, LOCKBOX 35**
**WILMINGTON, DELAWARE 19801**
**(302) 573-6491    FAX (302) 573-6497**

ANDREW R. VARA                          JOSEPH J. MCMAHON, JR.
UNITED STATES TRUSTEE                    ASSISTANT U.S. TRUSTEE

---

REQUEST BY THE UNITED STATES TRUSTEE TO THE CLERK OF BANKRUPTCY
COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

---

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Section 341(a) of the U.S. Bankruptcy Code, please schedule a meeting
of creditors for the following case(s):

**DEBTOR**:          Emergent Fidelity Technologies Ltd.

**CASE NO:**          23-10149 (JTD)

**DATE:**             Friday, March 10, 2023

**TIME:**             2:00 p.m. (ET)

**LOCATION:**         **THIS MEETING MAY BE HELD TELEPHONICALLY**
                     J. Caleb Boggs Federal Building
                     844 King Street
                     3rd Floor, Room 3209
                     Wilmington, DE 19801

By:     /s/ Benjamin Hackman
        Benjamin Hackman
        Trial Attorney

Dated: February 10, 2023

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE
TIME REQUIRED BY RULE 2003, FEDERAL RULES OF THE BANKRUPTCY
PROCEDURE.   IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE
REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**