# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 2/10/2023 |
| Case: 23−10149−JTD | Form ID: van472 | Total: 9 |

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee     USTPRegion03.WL.ECF@USDOJ.GOV
aty     Jody C. Barillare     jody.barillare@morganlewis.com
aty     Juliet M. Sarkessian     juliet.m.sarkessian@usdoj.gov

                                                                                       TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Emergent Fidelity Technologies Ltd.     Unit 3B     Bryson's Commercial Complex     Friars Hill Road     St. John's     ANTIGUA AND BARBUDA
aty     Craig A. Wolfe     Morgan, Lewis & Bockius LLP     101 Park Avenue     New York, NY 10178−0600
aty     David K. Shim     MORGAN, LEWIS & BOCKIUS LLP     One State Street     Hartford, CT 06103
aty     John C Goodchild     Morgan Lewis & Bockius LLP     1701 Market St     Philadelphia, PA 19103−2921
aty     Joshua Dorchak     Morgan, Lewis & Bockius, LLP     101 Park Avenue     New York, NY 10178−0060
aty     Matthew C. Ziegler     Morgan Lewis & Bockius LLP     101 Park Avenue     New York, NY 10178−0060

                                                                                       TOTAL: 6