# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311–1 | User: admin | Date Created: 2/10/2023 |
| Case: 23–10149–JTD | Form ID: 309F1 | Total: 48 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Emergent Fidelity Technologies Ltd.   Unit 3B   Bryson's Commercial Complex   Friars Hill Road   St. John's   ANTIGUA AND BARBUDA | |
| aty | Craig A. Wolfe   Morgan, Lewis & Bockius LLP   101 Park Avenue   New York, NY 10178–0600 | |
| aty | David K. Shim   MORGAN, LEWIS & BOCKIUS LLP   One State Street   Hartford, CT 06103 | |
| aty | Jody C. Barillare   Morgan, Lewis & Bockius LLP   1201 North Market Street   Suite 2201   Wilmington, DE 19801 | |
| aty | John C Goodchild   Morgan Lewis & Bockius LLP   1701 Market St   Philadelphia, PA 19103–2921 | |
| aty | Joshua Dorchak   Morgan, Lewis & Bockius, LLP   101 Park Avenue   New York, NY 10178–0060 | |
| aty | Matthew C. Ziegler   Morgan Lewis & Bockius LLP   101 Park Avenue   New York, NY 10178–0060 | |
| 17671757 | BLOCKFI INC. AND AFFILIATES   ATTN: ZAC PRINCE   201 MONTGOMERY STREET, SUITE 263   JERSEY CITY, NJ 07302 | |
| 17671774 | BROWN RUDNICK LLP   ATTN: ROBERT J. STARK   SEVEN TIMES SQUARE   NEW YORK, NY 10036 | |
| 17671758 | COLE SCHOTZ P.C.   ATTN: MICHAEL D. SIROTA   COURT PLAZA NORTH   25 MAIN STREET   HACKENSACK, NJ 07601 | |
| 17671761 | DELAWARE STATE TREASURY   820 SILVER LAKE BLVD., SUITE 100   DOVER, DE 19904 | |
| 17672680 | Delaware State Treasury   820 Silver Lake Blvd., Suite 100   Dover, DE 19904 | |
| 17671792 | FRIED, FRANK, HARRIS, SHRIVER, AND JACOBSON LLP   ATTN: ILAN T. GRAFF   ONE NEW YORK PLAZA   NEW YORK, NY 10004 | |
| 17671769 | FULCRUM DISTRESSED PARTNERS LIMITED   ATTN: MIREYA LIZARO   111 CONGRESS AVENUE, SUITE 2550   AUSTIN, TX 78701–4044 | |
| 17671775 | GENOVA BURNS LLC   ATTN: DANIEL M. STOLZ   110 ALLEN ROAD, SUITE 304   BASKING RIDGE, NJ 07920 | |
| 17671759 | HAYNES AND BOONE, LLP   ATTN: RICHARD S. KANOWITZ   30 ROCKEFELLER PLAZA, FLOOR 26   NEW YORK, NY 10112 | |
| 17671770 | HAZOOR DIGITAL ASSETS FUND, LP   ATTN: DARSH SINGH   9390 RESEARCH BLVD, BLDG. 2, SUITE 110   AUSTIN, TX 78759 | |
| 17671771 | INTERNAL REVENUE SERVICE   P.O. BOX 7346   PHILADELPHIA, PA 19101–7346 | |
| 17672679 | Internal Revenue Service   P. O. Box 7346   Philadelphia, PA 19101–7346 | |
| 17671760 | KIRKLAND & ELLIES LLP   ATTN: JOSHUA A. SUSSBERG, P.C.   KIRKLAND & ELLIS INTERNATIONAL LLP   601 LEXINGTON AVENUE   NEW YORK, NY 10022 | |
| 17671765 | LANDIS RATH & COBB LLP   ATTN: ADAM G. LANDIS   919 MARKET STREET, SUITE 1800   WILMINGTON, DE 19801 | |
| 17671766 | LANDIS RATH & COBB LLP   ATTN: KIMBERLY A. BROWN   919 MARKET STREET, SUITE 1800   WILMINGTON, DE 19801 | |
| 17671772 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, & POPEO, P.C   ATTN: THERESE M. DOHERTY   919 THIRD AVENUE   NEW YORK, NY 10022 | |
| 17671773 | MONTGOMERY MCCRACKEN WALKER & RHOADS LLP   ATTN: EDWARD L. SCHNITZER   437 MADISON AVENUE, 24TH FLOOR   NEW YORK, NY 10022 | |
| 17671762 | RICHARDS, LAYTON & FINGER, P.A.   ATTN: KEVIN GROSS   920 N. KING STREET   WILMINGTON, DE 19801 | |
| 17671776 | ROBINHOOD MARKETS, INC.   ATTN: RYNE MILLER   60 BROAD STREET, SUITE 2501   NEW YORK, NY 10004 | |
| 17671777 | ROBINHOOD MARKETS, INC.   ATTN: VIKRAM GROVER   85 WILLOW ROAD   MENLO PARK, CA 94025 | |
| 17671778 | ROBINHOOD MARKETS, INC.   C/O INCORPORATING SERVICES, LTD.   7801 FOLSOM BLVD. # 202   SACRAMENTO, CA 95826 | |
| 17671780 | SAMUEL BENJAMIN BANKMAN–FRIED   167 N GREEN STREET, FLOOR 11, SUITE 2   CHICAGO, IL 60607 | |
| 17671779 | SAMUEL BENJAMIN BANKMAN–FRIED   27 VERIDIAN CORPORATE CENTER   WESTERN ROAD   NASSAU, BAHAMAS | |
| 17671783 | SECRETARY OF STATE   DIVISION OF CORPORATIONS   FRANCHISE TAX   P.O. BOX 898   DOVER, DE 19903 | |
| 17671784 | SECRETARY OF THE TREASURY   15TH AND PENNSYLVANIA AVENUE, NW   WASHINGTON, DC 20020 | |
| 17671782 | SECURITIES & EXCHANGE COMMISSION   ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR   BROOKFIELD PLACE   200 VESEY STREET, SUITE 400   NEW YORK, NY 10281–1022 | |
| 17671781 | SECURITIES & EXCHANGE COMMISSION   SECRETARY OF THE TREASURY   100 F STREET, NE   WASHINGTON, DC 20549 | |
| 17671767 | SULLIVAN & CROMWELL LLP   ATTN: ANDREW DIETDERICH   125 BROAD STREET   NEW YORK, NY 10004 | |
| 17671768 | SULLIVAN & CROMWELL LLP   ATTN: BRIAN D. GLUECKSTEIN   125 BROAD STREET   NEW YORK, NY 10004 | |
| 17672681 | Secretary of State   Division of Corporations   Franchise Tax   P.O. Box 898   Dover, DE 19903 | |
| 17672677 | Securities & Exchange Commission   100 F Street, NE   Washington, DC 20549 | |

| | | |
|---|---|---|
| 17672678 | Securities & Exchange Commission  New York Regional Office  Attn: Mark Berger, Regional Director  Brookfield Place  200 Vesey Street, Suite 400  New York, NY 10281–1022 | |
| 17671785 | UNITED STATES ATTORNEYS OFFICE  DISTRICT OF DELAWARE CIVIL DIVISION  1313 N MARKET STREET  WILMINGTON, DE 19801 | |
| 17671786 | UNITED STATES DEPARTMENT OF JUSTICE  ATTN: BENJAMIN A. HACKMAN  J. CALEB BOGGS FEDERAL BUILDING  844 KING STREET, SUITE 2207, Lockbox 35  WILMINGTON, DE 19801 | |
| 17671789 | UNITED STATES DEPARTMENT OF JUSTICE  ATTN: DAVID GERARDI  1085 RAYMOND BOULEVARD, SUITE 2100  NEWARK, NJ 07102 | |
| 17671788 | UNITED STATES DEPARTMENT OF JUSTICE  ATTN: JULIET M. SARKESSIAN  J. CALEB BOGGS FEDERAL BUILDING  844 KING STREET, SUITE 2207, Lockbox 35  WILMINGTON, DE 19801 | |
| 17671787 | UNITED STATES DEPARTMENT OF JUSTICE  ATTN: SETH B. SHAPIRO  P.O. BOX 875, BEN FRANKLIN STATION  WASHINGTON, DC 20044–0875 | |
| 17671763 | WHITE & CASE LLP  ATTN: JESSICA C. LAURIA  1221 AVENUE OF THE AMERICAS  NEW YORK, NY 10020 | |
| 17671764 | WHITE & CASE LLP  ATTN: THOMAS E. LAURIA  200 SOUTH BISCAYNE BOULEVARD, SUITE 4900  MIAMI, FL 33131 | |
| 17671790 | YONATAN BEN SHIMON  ZABUTINSKI 8  TEL AVIV, ISRAEL 4336310 | |
| 17671791 | ZIXIAO GARY WANG  304 ISLAND LN  EGG HARBOR TOWNSHIP, NJ 08234 | |

TOTAL: 48