| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Emergent Fidelity Technologies Ltd. <br> Name | EIN: | 00–0000000 |
| United States Bankruptcy Court | District of Delaware | Date case filed for chapter: | 11    2/3/23 |
| Case number: | 23–10149–JTD | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**Valid Picture ID is required for access to the J. Caleb Boggs Federal Building.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Emergent Fidelity Technologies Ltd. | |
| 2. | **All other names used in the last 8 years** | | |
| | **Jointly Administered Cases** | Case No. | Tax ID. |
| 3. | **Address** | Unit 3B <br> Bryson's Commercial Complex <br> Friars Hill Road <br> St. John's, <br> ANTIGUA AND BARBUDA | |
| 4. | **Debtor's attorney** <br> Name and address | Jody C. Barillare <br> Morgan, Lewis & Bockius LLP <br> 1201 North Market Street <br> Suite 2201 <br> Wilmington, DE 19801 | Contact phone  (302) 574–7294 <br><br> Email:  jody.barillare@morganlewis.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 824 Market Street, 3rd Floor <br> Wilmington, DE 19801 | Hours open: Monday – Friday 8:00 AM – 4:00 PM <br><br> Contact phone  302–252–2900 <br><br> Date: 2/10/23 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **March 10, 2023 at 02:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **844 King Street, Room 3209, Wilmington, DE 19801** |

For more information, see page 2 >

Debtor **Emergent Fidelity Technologies Ltd.**        Case number **23–10149–JTD**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form, Official Form B410, may be filed either electronically or as a paper document. For more information on how to file a Proof of Claim, visit the Delaware Bankruptcy Court's website at http://www.deb.uscourts.gov/claims–information.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A).<br><br>**Deadline for filing the complaint:** _____ |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

United States Bankruptcy Court

District of Delaware

| | |
|---|---|
| In re: | Case No. 23-10149-JTD |
| Emergent Fidelity Technologies Ltd. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 10, 2023 | Form ID: 309F1 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Emergent Fidelity Technologies Ltd., Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's ANTIGUA AND BARBUDA |
| aty | + | Craig A. Wolfe, Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178-0060 |
| aty | + | David K. Shim, MORGAN, LEWIS & BOCKIUS LLP, One State Street, Hartford, CT 06103-3100 |
| aty | + | John C Goodchild, Morgan Lewis & Bockius LLP, 1701 Market St, Philadelphia, PA 19103-2987 |
| aty | | Joshua Dorchak, Morgan, Lewis & Bockius, LLP, 101 Park Avenue, New York, NY 10178-0060 |
| aty | | Matthew C. Ziegler, Morgan Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178-0060 |
| 17671757 | + | BLOCKFI INC. AND AFFILIATES, ATTN: ZAC PRINCE, 201 MONTGOMERY STREET, SUITE 263, JERSEY CITY, NJ 07302-5057 |
| 17671774 | + | BROWN RUDNICK LLP, ATTN: ROBERT J. STARK, SEVEN TIMES SQUARE, NEW YORK, NY 10036-6548 |
| 17671758 | + | COLE SCHOTZ P.C., ATTN: MICHAEL D. SIROTA, COURT PLAZA NORTH, 25 MAIN STREET, HACKENSACK, NJ 07601-7083 |
| 17671761 | + | DELAWARE STATE TREASURY, 820 SILVER LAKE BLVD., SUITE 100, DOVER, DE 19904-2464 |
| 17671792 | + | FRIED, FRANK, HARRIS, SHRIVER, AND JACOBSON LLP, ATTN: ILAN T. GRAFF, ONE NEW YORK PLAZA, NEW YORK, NY 10004-1903 |
| 17671769 | | FULCRUM DISTRESSED PARTNERS LIMITED, ATTN: MIREYA LIZARO, 111 CONGRESS AVENUE, SUITE 2550, AUSTIN, TX 78701-4044 |
| 17671775 | + | GENOVA BURNS LLC, ATTN: DANIEL M. STOLZ, 110 ALLEN ROAD, SUITE 304, BASKING RIDGE, NJ 07920-4500 |
| 17671759 | + | HAYNES AND BOONE, LLP, ATTN: RICHARD S. KANOWITZ, 30 ROCKEFELLER PLAZA, FLOOR 26, NEW YORK, NY 10112-0086 |
| 17671770 | + | HAZOOR DIGITAL ASSETS FUND, LP, ATTN: DARSH SINGH, 9390 RESEARCH BLVD, BLDG. 2, SUITE 110, AUSTIN, TX 78759-6585 |
| 17671760 | + | KIRKLAND & ELLIES LLP, ATTN: JOSHUA A. SUSSBERG, P.C., KIRKLAND & ELLIS INTERNATIONAL LLP, 601 LEXINGTON AVENUE, NEW YORK, NY 10022-4611 |
| 17671766 | + | LANDIS RATH & COBB LLP, ATTN: KIMBERLY A. BROWN, 919 MARKET STREET, SUITE 1800, WILMINGTON, DE 19801-3033 |
| 17671765 | + | LANDIS RATH & COBB LLP, ATTN: ADAM G. LANDIS, 919 MARKET STREET, SUITE 1800, WILMINGTON, DE 19801-3033 |
| 17671772 | + | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, & POPEO, P.C, ATTN: THERESE M. DOHERTY, 919 THIRD AVENUE, NEW YORK, NY 10022-3902 |
| 17671773 | + | MONTGOMERY MCCRACKEN WALKER & RHOADS LLP, ATTN: EDWARD L. SCHNITZER, 437 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022-7035 |
| 17671762 | + | RICHARDS, LAYTON & FINGER, P.A., ATTN: KEVIN GROSS, 920 N. KING STREET, WILMINGTON, DE 19801-3301 |
| 17671776 | + | ROBINHOOD MARKETS, INC., ATTN: RYNE MILLER, 60 BROAD STREET, SUITE 2501, NEW YORK, NY 10004-2306 |
| 17671777 | + | ROBINHOOD MARKETS, INC., ATTN: VIKRAM GROVER, 85 WILLOW ROAD, MENLO PARK, CA 94025-3656 |
| 17671778 | + | ROBINHOOD MARKETS, INC., C/O INCORPORATING SERVICES, LTD., 7801 FOLSOM BLVD. # 202, SACRAMENTO, CA 95826-2620 |
| 17671780 | + | SAMUEL BENJAMIN BANKMAN-FRIED, 167 N GREEN STREET, FLOOR 11, SUITE 2, CHICAGO, IL 60607-2377 |
| 17671779 | | SAMUEL BENJAMIN BANKMAN-FRIED, 27 VERIDIAN CORPORATE CENTER, WESTERN ROAD, NASSAU, BAHAMAS |
| 17671784 | | SECRETARY OF THE TREASURY, 15TH AND PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20020 |
| 17671767 | + | SULLIVAN & CROMWELL LLP, ATTN: ANDREW DIETDERICH, 125 BROAD STREET, NEW YORK, NY 10004-2498 |
| 17671768 | + | SULLIVAN & CROMWELL LLP, ATTN: BRIAN D. GLUECKSTEIN, 125 BROAD STREET, NEW YORK, NY 10004-2498 |
| 17671789 | + | UNITED STATES DEPARTMENT OF JUSTICE, ATTN: DAVID GERARDI, 1085 RAYMOND BOULEVARD, SUITE 2100, NEWARK, NJ 07102-5218 |
| 17671787 | | UNITED STATES DEPARTMENT OF JUSTICE, ATTN: SETH B. SHAPIRO, P.O. BOX 875, BEN FRANKLIN STATION, WASHINGTON, DC 20044-0875 |
| 17671763 | + | WHITE & CASE LLP, ATTN: JESSICA C. LAURIA, 1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| 17671764 | + | WHITE & CASE LLP, ATTN: THOMAS E. LAURIA, 200 SOUTH BISCAYNE BOULEVARD, SUITE 4900, MIAMI, FL 33131-2352 |
| 17671790 | | YONATAN BEN SHIMON, ZABUTINSKI 8, TEL AVIV, ISRAEL 4336310 |
| 17671791 | + | ZIXIAO GARY WANG, 304 ISLAND LN, EGG HARBOR TOWNSHIP, NJ 08234-6986 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

| District/off: 0311-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: 309F1 | Total Noticed: 45 |

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: jody.barillare@morganlewis.com | Feb 10 2023 20:11:00 | Jody C. Barillare, Morgan, Lewis & Bockius LLP, 1201 North Market Street, Suite 2201, Wilmington, DE 19801 |
| 17671771 | EDI: IRS.COM | Feb 11 2023 01:14:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 17671783 | + Email/Text: DOSDOC_BANKRUPTCY@STATE.DE.US | Feb 10 2023 20:11:00 | SECRETARY OF STATE, DIVISION OF CORPORATIONS, FRANCHISE TAX, P.O. BOX 898, DOVER, DE 19903-0898 |
| 17671782 | + Email/Text: nyrobankruptcy@sec.gov | Feb 10 2023 20:11:00 | SECURITIES & EXCHANGE COMMISSION, ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR, BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400, NEW YORK, NY 10281-5520 |
| 17671781 | + Email/Text: secbankruptcy@sec.gov | Feb 10 2023 20:11:00 | SECURITIES & EXCHANGE COMMISSION, SECRETARY OF THE TREASURY, 100 F STREET, NE, WASHINGTON, DC 20549-2000 |
| 17672677 | + Email/Text: secbankruptcy@sec.gov | Feb 10 2023 20:11:00 | Securities & Exchange Commission, 100 F Street, NE, Washington, DC 20549-2001 |
| 17672678 | + Email/Text: nyrobankruptcy@sec.gov | Feb 10 2023 20:11:00 | Securities & Exchange Commission, New York Regional Office, Attn: Mark Berger, Regional Director, Brookfield Place, 200 Vesey Street, Suite 400, New York, NY 10281-5520 |
| 17671785 | + Email/Text: usade.ecfbankruptcy@usdoj.gov | Feb 10 2023 20:11:00 | UNITED STATES ATTORNEYS OFFICE, DISTRICT OF DELAWARE CIVIL DIVISION, 1313 N MARKET STREET, WILMINGTON, DE 19801-6101 |
| 17671788 | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Feb 10 2023 20:11:00 | UNITED STATES DEPARTMENT OF JUSTICE, ATTN: JULIET M. SARKESSIAN, J. CALEB BOGGS FEDERAL BUILDING, 844 KING STREET, SUITE 2207, Lockbox 35, WILMINGTON, DE 19801-3519 |
| 17671786 | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Feb 10 2023 20:11:00 | UNITED STATES DEPARTMENT OF JUSTICE, ATTN: BENJAMIN A. HACKMAN, J. CALEB BOGGS FEDERAL BUILDING, 844 KING STREET, SUITE 2207, Lockbox 35, WILMINGTON, DE 19801-3519 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17672680 | *+ | Delaware State Treasury, 820 Silver Lake Blvd., Suite 100, Dover, DE 19904-2464 |
| 17672679 | * | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 17672681 | *+ | Secretary of State, Division of Corporations, Franchise Tax, P.O. Box 898, Dover, DE 19903-0898 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0311-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: 309F1 | Total Noticed: 45 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jody C. Barillare | on behalf of Debtor Emergent Fidelity Technologies Ltd. jody.barillare@morganlewis.com  lori.gibson@morganlewis.com |
| Juliet M. Sarkessian | on behalf of U.S. Trustee U.S. Trustee juliet.m.sarkessian@usdoj.gov |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 3