**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

-----------------------------------------------------------o
                                                           :
In re:                                                     : Chapter 11
                                                           :
Emergent Fidelity Technologies Ltd.,                       : Case No. 23-10149 (JTD)
                                                           :
     Debtor.                                               : **341 Meeting Date: Friday, March 10,**
                                                           : **2023, at 2:00 p.m. (ET)**
                                                           :
-----------------------------------------------------------o

### NOTICE OF TELEPHONIC SECTION 341 MEETING

PLEASE TAKE NOTICE that the meeting of creditors pursuant to 11 U.S.C. §§ 341 and 343 (the "section 341 meeting") in these cases, scheduled for **Friday, March 10, 2023, at 2:00 p.m. (ET)** will be held telephonically.

If you are receiving this notice, you have been identified as a party who may be a creditor, that is, someone who may be owed money by the Debtor. Creditors will receive subsequent notice regarding any deadline for submitting a claim for monies owed, as well as the procedures for doing so. **Your telephonic participation in the section 341 meeting is not required, is completely optional, and failure to attend will not affect your eligibility to file a claim later.** The purpose of the section 341 meeting is to provide creditors and parties in interest an opportunity to examine the Debtor's financial affairs. The purpose of the section 341 meeting is not to address the specific circumstances of each creditor.

PLEASE FOLLOW the instructions below to ensure a smooth and efficient telephonic section 341 meeting.

- You must use a touch-tone phone.
- If you have a choice, please use a landline phone, instead of a cell phone.
- Dial the call-in number, **1-866-621-1355**, and then enter the passcode, **7178157**, followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the U.S. Trustee counsel asks you to identify yourself or indicates you may ask questions. You will still be able to listen even when your phone is muted.
- Unmute your phone when speaking.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once the meeting of creditors is finished, please hang up.

- o If you become disconnected before the meeting is finished, please call back.
- o The section 341 meeting of creditors will be recorded by the U.S. Trustee. Any other recordings are prohibited.
- o **Neither the U.S. Trustee nor the Debtors may provide legal advice to any creditors.**

If you have any questions, you may contact Debtor's proposed counsel: Craig A. Wolfe (Morgan, Lewis & Bockius LLP); Telephone: (212) 309-6204; Facsimile: (201) 309-6001; Email: craig.wolfe@morganlewis.com

**Dated:** February 10, 2023

    **ANDREW R. VARA**
    **UNITED STATES TRUSTEE**
    **REGIONS 3 AND 9**

    By: /s/ *Benjamin Hackman*
    Benjamin A. Hackman
    Trial Attorney
    United States Department of Justice
    Office of the United States Trustee
    J. Caleb Boggs Federal Building
    844 N. King Street
    Room 2207, Lockbox 35
    Wilmington, DE 19801

United States Bankruptcy Court

District of Delaware

| | |
|---|---|
| In re: | Case No. 23-10149-JTD |
| Emergent Fidelity Technologies Ltd. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 10, 2023 | Form ID: pdf341 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Emergent Fidelity Technologies Ltd., Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's ANTIGUA AND BARBUDA |
| aty | + | Craig A. Wolfe, Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178-0060 |
| aty | + | David K. Shim, MORGAN, LEWIS & BOCKIUS LLP, One State Street, Hartford, CT 06103-3100 |
| aty | + | John C Goodchild, Morgan Lewis & Bockius LLP, 1701 Market St, Philadelphia, PA 19103-2987 |
| aty | | Joshua Dorchak, Morgan, Lewis & Bockius, LLP, 101 Park Avenue, New York, NY 10178-0060 |
| aty | | Matthew C. Ziegler, Morgan Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178-0060 |
| 17671757 | + | BLOCKFI INC. AND AFFILIATES, ATTN: ZAC PRINCE, 201 MONTGOMERY STREET, SUITE 263, JERSEY CITY, NJ 07302-5057 |
| 17671774 | + | BROWN RUDNICK LLP, ATTN: ROBERT J. STARK, SEVEN TIMES SQUARE, NEW YORK, NY 10036-6548 |
| 17671758 | + | COLE SCHOTZ P.C., ATTN: MICHAEL D. SIROTA, COURT PLAZA NORTH, 25 MAIN STREET, HACKENSACK, NJ 07601-7083 |
| 17671761 | + | DELAWARE STATE TREASURY, 820 SILVER LAKE BLVD., SUITE 100, DOVER, DE 19904-2464 |
| 17671792 | + | FRIED, FRANK, HARRIS, SHRIVER, AND JACOBSON LLP, ATTN: ILAN T. GRAFF, ONE NEW YORK PLAZA, NEW YORK, NY 10004-1903 |
| 17671769 | | FULCRUM DISTRESSED PARTNERS LIMITED, ATTN: MIREYA LIZARO, 111 CONGRESS AVENUE, SUITE 2550, AUSTIN, TX 78701-4044 |
| 17671775 | + | GENOVA BURNS LLC, ATTN: DANIEL M. STOLZ, 110 ALLEN ROAD, SUITE 304, BASKING RIDGE, NJ 07920-4500 |
| 17671759 | + | HAYNES AND BOONE, LLP, ATTN: RICHARD S. KANOWITZ, 30 ROCKEFELLER PLAZA, FLOOR 26, NEW YORK, NY 10112-0086 |
| 17671770 | + | HAZOOR DIGITAL ASSETS FUND, LP, ATTN: DARSH SINGH, 9390 RESEARCH BLVD, BLDG. 2, SUITE 110, AUSTIN, TX 78759-6585 |
| 17671760 | + | KIRKLAND & ELLIES LLP, ATTN: JOSHUA A. SUSSBERG, P.C., KIRKLAND & ELLIS INTERNATIONAL LLP, 601 LEXINGTON AVENUE, NEW YORK, NY 10022-4611 |
| 17671766 | + | LANDIS RATH & COBB LLP, ATTN: KIMBERLY A. BROWN, 919 MARKET STREET, SUITE 1800, WILMINGTON, DE 19801-3033 |
| 17671765 | + | LANDIS RATH & COBB LLP, ATTN: ADAM G. LANDIS, 919 MARKET STREET, SUITE 1800, WILMINGTON, DE 19801-3033 |
| 17671772 | + | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, & POPEO, P.C, ATTN: THERESE M. DOHERTY, 919 THIRD AVENUE, NEW YORK, NY 10022-3902 |
| 17671773 | + | MONTGOMERY MCCRACKEN WALKER & RHOADS LLP, ATTN: EDWARD L. SCHNITZER, 437 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022-7035 |
| 17671762 | + | RICHARDS, LAYTON & FINGER, P.A., ATTN: KEVIN GROSS, 920 N. KING STREET, WILMINGTON, DE 19801-3301 |
| 17671776 | + | ROBINHOOD MARKETS, INC., ATTN: RYNE MILLER, 60 BROAD STREET, SUITE 2501, NEW YORK, NY 10004-2306 |
| 17671777 | + | ROBINHOOD MARKETS, INC., ATTN: VIKRAM GROVER, 85 WILLOW ROAD, MENLO PARK, CA 94025-3656 |
| 17671778 | + | ROBINHOOD MARKETS, INC., C/O INCORPORATING SERVICES, LTD., 7801 FOLSOM BLVD. # 202, SACRAMENTO, CA 95826-2620 |
| 17671780 | + | SAMUEL BENJAMIN BANKMAN-FRIED, 167 N GREEN STREET, FLOOR 11, SUITE 2, CHICAGO, IL 60607-2377 |
| 17671779 | | SAMUEL BENJAMIN BANKMAN-FRIED, 27 VERIDIAN CORPORATE CENTER, WESTERN ROAD, NASSAU, BAHAMAS |
| 17671784 | | SECRETARY OF THE TREASURY, 15TH AND PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20020 |
| 17671767 | + | SULLIVAN & CROMWELL LLP, ATTN: ANDREW DIETDERICH, 125 BROAD STREET, NEW YORK, NY 10004-2498 |
| 17671768 | + | SULLIVAN & CROMWELL LLP, ATTN: BRIAN D. GLUECKSTEIN, 125 BROAD STREET, NEW YORK, NY 10004-2498 |
| 17671789 | + | UNITED STATES DEPARTMENT OF JUSTICE, ATTN: DAVID GERARDI, 1085 RAYMOND BOULEVARD, SUITE 2100, NEWARK, NJ 07102-5218 |
| 17671787 | | UNITED STATES DEPARTMENT OF JUSTICE, ATTN: SETH B. SHAPIRO, P.O. BOX 875, BEN FRANKLIN STATION, WASHINGTON, DC 20044-0875 |
| 17671763 | + | WHITE & CASE LLP, ATTN: JESSICA C. LAURIA, 1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| 17671764 | + | WHITE & CASE LLP, ATTN: THOMAS E. LAURIA, 200 SOUTH BISCAYNE BOULEVARD, SUITE 4900, MIAMI, FL 33131-2352 |
| 17671790 | | YONATAN BEN SHIMON, ZABUTINSKI 8, TEL AVIV, ISRAEL 4336310 |
| 17671791 | + | ZIXIAO GARY WANG, 304 ISLAND LN, EGG HARBOR TOWNSHIP, NJ 08234-6986 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

| District/off: 0311-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: pdf341 | Total Noticed: 42 |

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 17671771 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 10 2023 20:11:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 17671783 | + Email/Text: DOSDOC_BANKRUPTCY@STATE.DE.US | Feb 10 2023 20:11:00 | SECRETARY OF STATE, DIVISION OF CORPORATIONS, FRANCHISE TAX, P.O. BOX 898, DOVER, DE 19903-0898 |
| 17671782 | + Email/Text: nyrobankruptcy@sec.gov | Feb 10 2023 20:11:00 | SECURITIES & EXCHANGE COMMISSION, ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR, BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400, NEW YORK, NY 10281-5520 |
| 17671781 | + Email/Text: secbankruptcy@sec.gov | Feb 10 2023 20:11:00 | SECURITIES & EXCHANGE COMMISSION, SECRETARY OF THE TREASURY, 100 F STREET, NE, WASHINGTON, DC 20549-2000 |
| 17671785 | + Email/Text: usade.ecfbankruptcy@usdoj.gov | Feb 10 2023 20:11:00 | UNITED STATES ATTORNEYS OFFICE, DISTRICT OF DELAWARE CIVIL DIVISION, 1313 N MARKET STREET, WILMINGTON, DE 19801-6101 |
| 17671788 | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Feb 10 2023 20:11:00 | UNITED STATES DEPARTMENT OF JUSTICE, ATTN: JULIET M. SARKESSIAN, J. CALEB BOGGS FEDERAL BUILDING, 844 KING STREET, SUITE 2207, Lockbox 35, WILMINGTON, DE 19801-3519 |
| 17671786 | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Feb 10 2023 20:11:00 | UNITED STATES DEPARTMENT OF JUSTICE, ATTN: BENJAMIN A. HACKMAN, J. CALEB BOGGS FEDERAL BUILDING, 844 KING STREET, SUITE 2207, Lockbox 35, WILMINGTON, DE 19801-3519 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023                  Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jody C. Barillare | on behalf of Debtor Emergent Fidelity Technologies Ltd. jody.barillare@morganlewis.com  lori.gibson@morganlewis.com |

| District/off: 0311-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: pdf341 | Total Noticed: 42 |

Juliet M. Sarkessian        on behalf of U.S. Trustee U.S. Trustee juliet.m.sarkessian@usdoj.gov

U.S. Trustee
        USTPRegion03.WL.ECF@USDOJ.GOV

TOTAL: 3