# UNITED STATES BANKRUPTCY COURT
## District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Una O'Boyle
*Clerk of Court*

*To: Jody C. Barillare*
*Morgan, Lewis & Bockius LLP*
*1201 North Market Street*
*Suite 2201*
*Wilmington, DE 19801*

**RE: *23−10149−JTD***
***Emergent Fidelity Technologies Ltd.***

    Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on **Friday, March 10, 2023** at **2:00 p.m. (ET)**, J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

    Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov/content/forms. Should you want to make changes to this notice, you must contact Una O'Boyle, Clerk of Court, for approval prior to mailing.

    Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before February. 17, 2023 and file the Notice and Certificate of Service with the Court no later than February 24, 2023.

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281−1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date: 2/10/23

Una O'Boyle, *Clerk of Court*

(VAN−472)

United States Bankruptcy Court
District of Delaware

In re:  
Emergent Fidelity Technologies Ltd.  
    Debtor

Case No. 23-10149-JTD  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0311-1      User: admin      Page 1 of 1  
Date Rcvd: Feb 10, 2023      Form ID: van472      Total Noticed: 6

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Emergent Fidelity Technologies Ltd., Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's ANTIGUA AND BARBUDA |
| aty | + | Craig A. Wolfe, Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178-0060 |
| aty | + | David K. Shim, MORGAN, LEWIS & BOCKIUS LLP, One State Street, Hartford, CT 06103-3100 |
| aty | + | John C Goodchild, Morgan Lewis & Bockius LLP, 1701 Market St, Philadelphia, PA 19103-2987 |
| aty | | Joshua Dorchak, Morgan, Lewis & Bockius, LLP, 101 Park Avenue, New York, NY 10178-0060 |
| aty | | Matthew C. Ziegler, Morgan Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178-0060 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jody C. Barillare | on behalf of Debtor Emergent Fidelity Technologies Ltd. jody.barillare@morganlewis.com  lori.gibson@morganlewis.com |
| Juliet M. Sarkessian | on behalf of U.S. Trustee U.S. Trustee juliet.m.sarkessian@usdoj.gov |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 3