# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Emergent Fidelity Technologies Ltd, | ) ) ) | Case No. 23-10149 (JTD) |
| Debtor.[1] | ) ) ) | **RE: Dkt. Nos. 17, 22** |

## CERTIFICATE OF SERVICE

I, Jody C. Barillare, hereby certify that on February 13, 2023, I caused to be served the documents listed below by mailing true and correct copies by United States mail, first-class postage prepaid, to the parties listed on the service list attached hereto as **Exhibit A**. If the parties had mailing addresses outside the United States, I served copies of the documents by international priority mail. I also served copies of the documents via electronic mail to the extent email addresses are available.

The documents include:

I. *Notice of Telephonic Section 341 Meeting* [Dkt. No. 17]; and
II. *Notice of Chapter 11 Bankruptcy Case* [Dkt. No. 22].

Dated: February 14, 2023
Wilmington, DE

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ *Jody C. Barillare*
Jody C. Barillare (Bar No. 5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Email: jody.barillare@morganlewis.com

---

[1] The Debtor in this Chapter 11 case is Emergent Fidelity Technologies Ltd, a company formed under the laws of Antigua and Barbuda with registration number 17532 as identified by the Antigua and Barbuda Financial Services Regulatory Commission. The Debtor's principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

# **EXHIBIT A**

| | | |
|---|---|---|
| BLOCKFI INC. AND AFFILIATES<br>ATTN: ZAC PRINCE<br>201 MONTGOMERY STREET, SUITE 263<br>JERSEY CITY, NJ 07302 | COLE SCHOTZ P.C.<br>ATTN: MICHAEL D. SIROTA<br>COURT PLAZA NORTH<br>25 MAIN STREET<br>HACKENSACK, NJ 07601 | HAYNES AND BOONE, LLP<br>ATTN: RICHARD S. KANOWITZ<br>30 ROCKEFELLER PLAZA, FLOOR 26<br>NEW YORK, NY 10112 |
| KIRKLAND & ELLIES LLP<br>ATTN: JOSHUA A. SUSSBERG, P.C.<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | DELAWARE STATE TREASURY<br>820 SILVER LAKE BLVD., SUITE 100<br>DOVER, DE 19904 | RICHARDS, LAYTON & FINGER, P.A.<br>ATTN: KEVIN GROSS<br>920 N. KING STREET<br>WILMINGTON, DE 19801 |
| WHITE & CASE LLP<br>ATTN: JESSICA C. LAURIA<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | WHITE & CASE LLP<br>ATTN: THOMAS E. LAURIA<br>200 SOUTH BISCAYNE BOULEVARD, SUITE 4900<br>MIAMI, FL 33131 | LANDIS RATH & COBB LLP<br>ATTN: ADAM G. LANDIS<br>919 MARKET STREET, SUITE 1800<br>WILMINGTON, DE 19801 |
| LANDIS RATH & COBB LLP<br>ATTN: KIMBERLY A. BROWN<br>919 MARKET STREET, SUITE 1800<br>WILMINGTON, DE 19801 | SULLIVAN & CROMWELL LLP<br>ATTN: ANDREW DIETDERICH<br>125 BROAD STREET<br>NEW YORK, NY 10004 | SULLIVAN & CROMWELL LLP<br>ATTN: BRIAN D. GLUECKSTEIN<br>125 BROAD STREET<br>NEW YORK, NY 10004 |
| FULCRUM DISTRESSED PARTNERS LIMITED<br>ATTN: MIREYA LIZARO<br>111 CONGRESS AVENUE, SUITE 2550<br>AUSTIN, TX 78701-4044 | HAZOOR DIGITAL ASSETS FUND, LP<br>ATTN: DARSH SINGH<br>9390 RESEARCH BLVD, BLDG. 2, SUITE 110<br>AUSTIN, TX 78759 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, & POPEO, P.C<br>ATTN: THERESE M. DOHERTY<br>919 THIRD AVENUE<br>NEW YORK, NY 10022 | MONTGOMERY MCCRACKEN WALKER & RHOADS LLP<br>ATTN: EDWARD L. SCHNITZER<br>437 MADISON AVENUE, 24TH FLOOR<br>NEW YORK, NY 10022 | BROWN RUDNICK LLP<br>ATTN: ROBERT J. STARK<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 |
| GENOVA BURNS LLC<br>ATTN: DANIEL M. STOLZ<br>110 ALLEN ROAD, SUITE 304<br>BASKING RIDGE, NJ 07920 | ROBINHOOD MARKETS, INC.<br>ATTN: RYNE MILLER<br>60 BROAD STREET, SUITE 2501<br>NEW YORK, NY 10004 | ROBINHOOD MARKETS, INC.<br>ATTN: VIKRAM GROVER<br>85 WILLOW ROAD<br>MENLO PARK, CA 94025 |
| ROBINHOOD MARKETS, INC.<br>C/O INCORPORATING SERVICES, LTD.<br>7801 FOLSOM BLVD. # 202<br>SACRAMENTO, CA 95826 | SAMUEL BENJAMIN BANKMAN-FRIED<br>27 VERIDIAN CORPORATE CENTER<br>WESTERN ROAD<br>NASSAU, BAHAMAS | SAMUEL BENJAMIN BANKMAN-FRIED<br>167 N GREEN STREET, FLOOR 11, SUITE 2<br>CHICAGO, IL 60607 |
| SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON, DC 20549 | SECURITIES & EXCHANGE COMMISSION<br>ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>BROOKFIELD PLACE<br>200 VESEY STREET, SUITE 400<br>NEW YORK, NY 10281-1022 | SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX<br>P.O. BOX 898<br>DOVER, DE 19903 |

2

| SECRETARY OF THE TREASURY<br>15TH AND PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20020 | UNITED STATES ATTORNEY'S OFFICE<br>DISTRICT OF DELAWARE – CIVIL DIVISION<br>1313 N MARKET STREET<br>WILMINGTON, DE 19801 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: BENJAMIN A. HACKMAN<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207, Lockbox 35<br>WILMINGTON, DE 19801 |
|---|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: SETH B. SHAPIRO<br>P.O. BOX 875, BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: JULIET M. SARKESSIAN<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207, Lockbox 35<br>WILMINGTON, DE 19801 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: DAVID GERARDI<br>1085 RAYMOND BOULEVARD, SUITE 2100<br>NEWARK, NJ 07102 |
| YONATAN BEN SHIMON<br>ZABUTINSKI 8<br>TEL AVIV, ISRAEL 4336310 | ZIXIAO GARY WANG<br>304 ISLAND LN<br>EGG HARBOR TOWNSHIP, NJ 08234 | FRIED, FRANK, HARRIS, SHRIVER, AND JACOBSON LLP<br>ATTN: ILAN T. GRAFF<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004 |

2