IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Emergent Fidelity Technologies Ltd,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-10149 (JTD) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Haynes and Boone, LLP and Morris, Nichols, Arsht & Tunnell LLP hereby appear as counsel for BlockFi Inc. and affiliates ("BlockFi") pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| **HAYNES and BOONE, LLP**<br>Richard Kanowitz<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112<br>Telephone: (212) 659-7300<br>Facsimile: (212) 918-8989<br>Email: Richard.Kanowitz@haynesboone.com<br><br>Richard D. Anigian<br>Charles M. Jones II<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219<br>Telephone: (214) 651-5000<br>Facsimile: (214) 651-5940<br>Email: Rick.Anigian@haynesboone.com<br>         Charlie.Jones@haynesboone.com | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Derek C. Abbott (No. 3376)<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@morrisnichols.com |

---

[1] The Debtor in this Chapter 11 Case is Emergent Fidelity Technologies Ltd, a company formed under the laws of Antigua and Barbuda with registration number 17532 as identified by the Antigua and Barbuda Financial Services Regulatory Commission. The Debtor's principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtor in the above-captioned case (the "Debtor") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtor's estates, or proceeds thereof, in which the Debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of BlockFi: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which BlockFi is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby

reserved. For the avoidance of doubt, filing this notice is not intended as, and shall not be, BlockFi's consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of BlockFi consistent with Article III of the United States Constitution.

Dated: February 16, 2023
       Wilmington, Delaware

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

  */s/ Derek C. Abbott*
Derek C. Abbott (No. 3376)
1201 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com

and

**HAYNES and BOONE, LLP**
Richard Kanowitz
30 Rockefeller Plaza, 26th Floor
New York, NY 10112
Telephone: (212) 659-7300
Facsimile: (212) 918-8989
Email: Richard.Kanowitz@haynesboone.com

Richard D. Anigian
Charles M. Jones II
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
Email: Rick.Anigian@haynesboone.com
       Charlie.Jones@haynesboone.com

*Counsel for BlockFi Inc.*