# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Emergent Fidelity Technologies Ltd.<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-10149 (JTD) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Richard S. Kanowitz of Haynes and Boone, LLP, to represent BlockFi Inc. and affiliates ("BlockFi") in the above-captioned case.

Dated: February 16, 2023
/s/ *Tori L. Remington*
Tori L. Remington (No. 6901)
1201 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: tremington@morrisnichols.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of New Jersey, the State of New York, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fourth Circuit, the United States District Court for the District of New Jersey, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York, and the United States District Court for the Southern District of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: February 16, 2023
/s/ *Richard S. Kanowitz*
Richard S. Kanowitz
HAYNES and BOONE, LLP

---

[1] The Debtor in this Chapter 11 case is Emergent Fidelity Technologies Ltd., a company formed under the laws of Antigua and Barbuda with registration number 17532 as identified by the Antigua and Barbuda Financial Services Regulatory Commission.  The Debtor's principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

30 Rockefeller Plaza, 26th Floor
New York, NY 10112
Telephone: (212) 659-7300
Facsimile: (212) 918-8989
Email: Richard.Kanowitz@haynesboone.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.