# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Emergent Fidelity Technologies, Ltd.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-10149 (JTD)<br><br>**Hearing Date:**<br>**March 14, 2023, at 10:00 a.m. (ET)**<br><br>**Response Deadline:**<br>**March 2, 2023, at 4:00 p.m. (ET)** |

## NOTICE OF BLOCKFI'S MOTION FOR ENTRY OF AN ORDER DISMISSING THE DEBTOR'S CHAPTER 11 CASE

**PLEASE TAKE NOTICE** that today, BlockFi Inc., BlockFi Lending LLC, and BlockFi International LLC (together, "BlockFi") filed *BlockFi's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 5th Floor, Wilmington, Delaware 19801, on or before **March 2, 2023, at 4:00 p.m. (ET)** (the "Response Deadline"); and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that, if necessary, a hearing on the Motion will be held on **March 14, 2023, at 10:00 a.m. (ET)** before the Honorable John T. Dorsey of the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that only responses made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtor in this Chapter 11 case is Emergent Fidelity Technologies Ltd., a company formed under the laws of Antigua and Barbuda with registration number 17532 as identified by the Antigua and Barbuda Financial Services Regulatory Commission.  The Debtor's principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

| | |
|---|---|
| Dated: February 16, 2023<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Derek C. Abbott*<br>Derek C. Abbott (No. 3376)<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@morrisnichols.com<br><br>and<br><br>**HAYNES AND BOONE, LLP**<br>Richard Kanowitz (*pro hac vice* pending)<br>30 Rockefeller Plaza<br>26th Floor<br>New York, NY 10112<br>Telephone: (212) 659-7300<br>Facsimile: (212) 918-8989<br>Email: Richard.Kanowitz@haynesboone.com<br><br>Richard D. Anigian (*pro hac vice* pending)<br>Charles M. Jones II (*pro hac vice* pending)<br>2323 Victory Avenue<br>Suite 700<br>Dallas, TX 75219<br>Telephone: (214) 651-5000<br>Facsimile: (214) 651-5940<br>Email:  Rick.Anigian@haynesboone.com<br>            Charlie.Jones@haynesboone.com<br><br>*Counsel for BlockFi Inc.* |