## **CERTIFICATE OF SERVICE**

      I, Derek C. Abbott, hereby certify that I am not less than 18 years of age, and that service of the foregoing was caused to be made on February 16, 2023 via electronic mail upon the parties identified on the attached service list.

Dated: February 16, 2023           */s/ Derek C. Abbott*
                                               Derek C. Abbott (No. 3376)

## **SERVICE LIST**

| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP**<br>Jody C. Barillare<br>1201 North Market Street<br>Suite 2201<br>Wilmington, DE 19801<br>Telephone: (302) 574-3000<br>Email: jody.barillare@morganlewis.com | **U.S. TRUSTEE'S OFFICE**<br>Juliet M. Sarkessian<br>844 King Street<br>Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Email: juliet.m.sarkessian@usdoj.gov |

Craig A. Wolfe
Joshua Dorchak
David K. Shim
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Email: craig.wolfe@morganlewis.com
         joshua.dorchak@morganlewis.com
         david.shim@morganlewis.com

John C. Goodchild III
Matthew C. Ziegler
1701 Market St
Philadelphia, PA 19103
Telephone: (215) 963-5000
Email: jgoodchild@morganlewis.com
         matthew.ziegler@morganlewis.com