Case 23-10149-JTD    Doc 42    Filed 03/02/23    Page 1 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Emergent Fidelity Technologies, Ltd.,[1] | Case No. 23-10149 (JTD) |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances as counsel to the Official Committee of Unsecured Creditors in the chapter 11 cases of FTX Trading Ltd. and its affiliated debtors (the "**FTX Debtors**") currently pending in the United States Bankruptcy Court for the District of Delaware under jointly administered case number 22-11068 (JTD) (the "**Committee**"), pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and request that all notices given or required to be given in this case (the "**Case**"), and all papers served or required to be served in the Case, be given and served upon:

| | |
|---|---|
| Kristopher M. Hansen, Esq. | Matthew B. Lunn, Esq. |
| Luc A. Despins, Esq. | Robert F. Poppiti, Jr., Esq. |
| Kenneth Pasquale, Esq. | YOUNG CONAWAY STARGATT |
| Erez E. Gilad, Esq. | & TAYLOR, LLP |
| Gabriel E. Sasson, Esq. | 1000 North King Street |
| Isaac Sasson, Esq. | Wilmington, DE 19801 |
| PAUL HASTINGS LLP | Telephone: (302) 571-6600 |
| 200 Park Avenue | Facsimile: (302) 571-1253 |
| New York, NY 10166 | CM/ECF Noticing: |
| Telephone: (212) 318-6000 | **bankfilings@ycst.com** |
| Facsimile: (212) 319-4090 | Email: mlunn@ycst.com |
| Email: krishansen@paulhastings.com |         rpoppiti@ycst.com |
|         lucdespins@paulhastings.com | |
|         kenpasquale@paulhastings.com | |
|         erezgilad@paulhastings.com | |
|         gabesasson@paulhastings.com | |
|         isaacsasson@paulhastings.com | |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but

---

[1] The Debtor in this Chapter 11 case is Emergent Fidelity Technologies Ltd., a company formed under the laws of Antigua and Barbuda with registration number 17532 as identified by the Antigua and Barbuda Financial Services Regulatory Commission. The Debtor's principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

748938146.1

also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request or other pleading in the Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed with or delivered to the Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the above-captioned debtor (the "**Debtor**") or the FTX Debtors, or property of the Debtor or the FTX Debtors, or the Committee.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any later appearances, pleadings, claims or suits filed in the Case, shall be deemed or construed as a waiver of: (i) any rights of the Committee to (a) have final orders in any non-core matters entered only after de novo review by a District Judge, (b) trial by jury in any proceeding so triable in the Case or any case, controversy, or proceeding related to the Case, or (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (ii) any other rights, claims, actions, and defenses of the Committee, either in law or in equity, under any agreements or otherwise, all of which rights, claims, actions, and defenses are expressly reserved.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: March 2, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Matthew B. Lunn*<br>Matthew B. Lunn (No. 4119)<br>Robert F. Poppiti, Jr. (No. 5052)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mlunn@ycst.com<br>         rpoppiti@ycst.com<br><br>-and-<br><br>PAUL HASTINGS LLP<br>Kristopher M. Hansen, Esq.*<br>Luc A. Despins, Esq.*<br>Kenneth Pasquale, Esq.*<br>Erez E. Gilad, Esq.*<br>Gabriel E. Sasson, Esq.*<br>Isaac Sasson, Esq.*<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:  (212) 318-6000<br>Facsimile:  (212) 319-4090<br>Email: krishansen@paulhastings.com<br>         lucdespins@paulhastings.com<br>         kenpasquale@paulhastings.com<br>         erezgilad@paulhastings.com<br>         gabesasson@paulhastings.com<br>         isaacsasson@paulhastings.com<br><br>*\*motion for admission pro hac vice pending*<br><br>*Counsel to the Official Committee*<br>*of Unsecured Creditors in the Chapter 11 Cases*<br>*of FTX Trading Ltd. and Its Affiliated Debtors* |

29888647.3