**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Emergent Fidelity Technologies, Ltd., | ) Case No. 23-10149 (JTD) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Kristopher M. Hansen of Paul Hastings LLP as counsel to the Official Committee of Unsecured Creditors in the chapter 11 cases of FTX Trading Ltd. and its affiliated debtors currently pending in the United States Bankruptcy Court for the District of Delaware under jointly administered case number 22-11068 (JTD).

/s/ Robert F. Poppiti, Jr.
Robert F. Poppiti, Jr. (No. 5052)
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Email: rpoppiti@ycst.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: March 2, 2023

/s/ Kristopher M. Hansen
Kristopher M. Hansen
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email:  krishansen@paulhastings.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

29983598.3