## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Emergent Fidelity Technologies, Ltd.,[1] | Case No. 23-10149 (JTD) |
| | (Joint Administration Requested) |
| Debtor. | **Ref. Docket Nos. 32 and 41** |

### JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE FTX DEBTORS TO THE FTX DEBTORS' OPPOSITION TO BLOCKFI'S MOTION FOR ENTRY OF AN ORDER DISMISSING THE DEBTOR'S CHAPTER 11 CASE

The Official Committee of Unsecured Creditors (the "**FTX Committee**") in the chapter 11 cases of FTX Trading Ltd. and its affiliated debtors (collectively, the "**FTX Debtors**") currently pending in the United States Bankruptcy Court for the District of Delaware under jointly administered case number 22-11068 (JTD) hereby joins (this "**Joinder**") in the FTX Debtors' opposition [Docket No. 41] to *BlockFi's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case* [Docket No. 32] (the "**Motion to Dismiss**"), and requests that the Court deny the Motion to Dismiss. The FTX Committee reserves all rights in connection with the Motion to Dismiss, including the right to supplement this Joinder and participate in any hearing on the Motion to Dismiss.

---

[1] The Debtor in this Chapter 11 case is Emergent Fidelity Technologies Ltd., a company formed under the laws of Antigua and Barbuda with registration number 17532 as identified by the Antigua and Barbuda Financial Services Regulatory Commission. The Debtor's principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Dated: March 2, 2023           YOUNG CONAWAY STARGATT & TAYLOR, LLP
     Wilmington, Delaware

*/s/ Robert F. Poppiti, Jr.*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mlunn@ycst.com
      rpoppiti@ycst.com

-and-

PAUL HASTINGS LLP
Kristopher M. Hansen, Esq.*
Luc A. Despins, Esq.*
Kenneth Pasquale, Esq.*
Erez E. Gilad, Esq.*
Gabriel E. Sasson, Esq.*
Isaac Sasson, Esq.*
200 Park Avenue
New York, NY 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email: krishansen@paulhastings.com
      lucdespins@paulhastings.com
      kenpasquale@paulhastings.com
      erezgilad@paulhastings.com
      gabesasson@paulhastings.com
      isaacsasson@paulhastings.com

*motion for admission pro hac vice pending*

*Counsel to the Official Committee*
*of Unsecured Creditors in the Chapter 11 Cases*
*of FTX Trading Ltd. and Its Affiliated Debtors*