IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Emergent Fidelity Technologies, Ltd.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-10149 (JTD)<br><br>Re: D.I. 38 |

**BLOCKFI'S LIMITED OBJECTION TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) DIRECTING JOINT ADMINISTRATION OF ITS CHAPTER 11 CASE AND (II) GRANTING RELATED RELIEF**

BlockFi Inc., BlockFi Lending LLC, and BlockFi International LLC (together, "BlockFi"), hereby object (this "Limited Objection") to the *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of its Chapter 11 Case and (II) Granting Related Relief* [D.I. 38] (the "Administration Motion"). In support of this Limited Objection, BlockFi respectfully represents as follows:

**LIMITED OBJECTION**

1. BlockFi objects to the Administration Motion inasmuch as it interferes with BlockFi's pending motion to dismiss [D.I. 32] (the "Motion to Dismiss"). The cases should not be jointly administered until the Motion to Dismiss before the Court has been resolved. If the Motion to Dismiss is denied, BlockFi does not object to the Administration Motion.

2. The Administration Motion was filed *after* the Motion to Dismiss, and more than three weeks after Emergent filed its chapter 11 case. BlockFi objects to the Administration Motion to the extent it is an attempt to establish a basis for denying the Motion to Dismiss.

---

[1] The Debtor in this Chapter 11 case is Emergent Fidelity Technologies Ltd., a company formed under the laws of Antigua and Barbuda with registration number 17532 as identified by the Antigua and Barbuda Financial Services Regulatory Commission. The Debtor's principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

| | |
|---|---|
| Dated: March 7, 2023<br>Wilmington, Delaware | **MORRIS NICHOLS ARSHT & TUNNELL LLP**<br><br>*/s/ Derek C. Abbott*<br>Derek C. Abbott (No. 3376)<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@morrisnichols.com<br><br>and<br><br>**HAYNES AND BOONE, LLP**<br><br>Richard S. Kanowitz (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112<br>Telephone: (212) 659-7300<br>Facsimile: (212) 918-8989<br>Email: Richard.Kanowitz@haynesboone.com<br><br>Richard D. Anigian (admitted *pro hac vice*)<br>Charles M. Jones II (admitted *pro hac vice*)<br>2323 Victory Avenue<br>Suite 700<br>Dallas, TX 75219<br>Telephone: (214) 651-5000<br>Facsimile: (214) 651-5940<br>Email:  Rick.Anigian@haynesboone.com<br>            Charlie.Jones@haynesboone.com<br><br>*Counsel for BlockFi Inc. and its affiliates* |