**CERTIFICATE OF SERVICE**

      I, Tori L. Remington, certify that I am not less than 18 years of age, and that service of the foregoing was caused to be made on March 9, 2023 in the manner indicated upon the parties identified on the attached **Exhibit A**.

Date:  March 9, 2023                                     */s/ Tori L. Remington*
                                                                           Tori L. Remington (No. 6901)

## EXHIBIT A

**VIA EMAIL**

| | |
|---|---|
| **PAUL HASTINGS LLP**<br>Kristopher M. Hansen, Esq.<br>Luc A. Despins, Esq.<br>Kenneth Pasquale, Esq.<br>Erez E. Gilad, Esq.<br>Gabriel E. Sasson, Esq.<br>Isaac Sasson, Esq.<br>200 Park Avenue<br>New York, NY 10166<br>krishansen@paulhastings.com<br>lucdespins@paulhastings.com<br>kenpasquale@paulhastings.com<br>erezgilad@paulhastings.com<br>gabesasson@paulhastings.com<br>isaacsasson@paulhastings.com | **Sullivan & Cromwell LLP**<br>Andrew Dietderich<br>Brian D. Glueckstein<br>James L. Bromley<br>Alexa J. Kranzley<br>125 Broad Street<br>New York, NY 10004<br>dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>bromleyj@sullcrom.com<br>kranzleya@sullcrom.com |
| **Fulcrum Distressed Partners Limited**<br>Mireya Lizaro<br>111 Congress Avenue, Suite 2550<br>Austin, TX 78701-4044<br>mireya@fulcruminv.com | **Morgan, Lewis & Bockius LLP**<br>Jody C. Barillare<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>jody.barillare@morganlewis.com |
| **Landis Rath & Cobb LLP**<br>Kimberly A. Brown<br>Adam G. Landis<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>brown@lrclaw.com<br>landis@lrclaw.com | **Office of the United States Trustee**<br>Juliet M. Sarkessian<br>Benjamin A. Hackman<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Juliet.M.Sarkessian@usdoj.gov<br>Benjamin.A.Hackman@usdoj.gov |
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Matthew B. Lunn, Esq.<br>Robert F. Poppiti, Jr., Esq.<br>1000 North King Street<br>bankfilings@ycst.com<br>mlunn@ycst.com<br>rpoppiti@ycst.com | **Morgan, Lewis & Bockius LLP**<br>Craig A. Wolfe<br>Joshua Dorchak<br>David K. Shim<br>101 Park Avenue<br>New York, NY 10178<br>craig.wolfe@morganlewis.com<br>joshua.dorchak@morganlewis.com<br>david.shim@morganlewis.com |
| **Morgan Lewis & Bockius LLP**<br>John C. Goodchild III<br>Matthew C. Ziegler<br>1701 Market Street<br>Philadelphia, PA 19103<br>john.goodchild@morganlewis.com<br>matthew.ziegler@morganlewis.com | **Fulcrum Capital**<br>28 State Street, Suite 3101<br>Boston, MA 02109<br>tbennett@fulcruminv.com |

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| Yonatan Ben Shimon<br>Zabutinski 8<br>Tel Aviv, Israel 4336310 | **Hazoor Digital Assets Fund, LP**<br>Darsh Singh<br>9390 Research Blvd, Bldg. 2, Suite 110<br>Austin, TX 78759 |