**CERTIFICATE OF SERVICE**

      I, Tori L. Remington, certify that I am not less than 18 years of age, and that service of the foregoing was caused to be made on March 9, 2023 in the manner indicated upon the parties identified on the attached **Exhibit A**.

Date:  March 9, 2023　　　　　　　　　　　　　　　*/s/ Tori L. Remington*
　　　　　　　　　　　　　　　　　　　　　　　　　Tori L. Remington (No. 6901)

## EXHIBIT A

**VIA EMAIL**

| | |
|---|---|
| **Landis Rath & Cobb LLP**<br>Kimberly A. Brown<br>Adam G. Landis<br>Matthew R. Pierce<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>brown@lrclaw.com<br>landis@lrclaw.com<br>pierce@lrclaw.com | **Sullivan & Cromwell LLP**<br>Andrew Dietderich<br>Brian D. Glueckstein<br>James L. Bromley<br>Alexa J. Kranzley<br>125 Broad Street<br>New York, NY 10004<br>dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>bromleyj@sullcrom.com<br>kranzleya@sullcrom.com |
| **Office of the United States Trustee**<br>Juliet M. Sarkessian<br>Benjamin A. Hackman<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Juliet.M.Sarkessian@usdoj.gov<br>Benjamin.A.Hackman@usdoj.gov | **Morgan, Lewis & Bockius LLP**<br>Jody C. Barillare<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>jody.barillare@morganlewis.com |
| **Morgan Lewis & Bockius LLP**<br>John C. Goodchild III<br>Matthew C. Ziegler<br>1701 Market Street<br>Philadelphia, PA 19103<br>john.goodchild@morganlewis.com<br>matthew.ziegler@morganlewis.com | **Morgan, Lewis & Bockius LLP**<br>Craig A. Wolfe<br>Joshua Dorchak<br>David K. Shim<br>101 Park Avenue<br>New York, NY 10178<br>craig.wolfe@morganlewis.com<br>joshua.dorchak@morganlewis.com<br>david.shim@morganlewis.com |
| **PAUL HASTINGS LLP**<br>Kristopher M. Hansen, Esq.<br>Luc A. Despins, Esq.<br>Kenneth Pasquale, Esq.<br>Erez E. Gilad, Esq.<br>Gabriel E. Sasson, Esq.<br>Isaac Sasson, Esq.<br>200 Park Avenue | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Matthew B. Lunn, Esq.<br>Robert F. Poppiti, Jr., Esq.<br>1000 North King Street<br>bankfilings@ycst.com<br>mlunn@ycst.com<br>rpoppiti@ycst.com |

| | |
|---|---|
| New York, NY 10166<br>krishansen@paulhastings.com<br>lucdespins@paulhastings.com<br>kenpasquale@paulhastings.com<br>erezgilad@paulhastings.com<br>gabesasson@paulhastings.com<br>isaacsasson@paulhastings.com | |