## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Emergent Fidelity Technologies, Ltd., | Case No. 23-10149 (JTD) |
| Debtor.[1] | **Re: D.I.** _____ |

**ORDER GRANTING MOTION TO SHORTEN NOTICE**
**WITH RESPECT TO MOTION TO STRIKE**

Upon BlockFi's motion (the "Motion to Shorten")[2] for entry of an order shortening notice of *BlockFi's Motion to Strike (I) FTX Debtors' Opposition to BlockFi's Motion to Dismiss and (II) Joinder of the Official Committee of Unsecured Creditors of the FTX Debtors to the FTX Debtors' Opposition to BlockFi's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case* (the "Motion to Strike"); and the Court having reviewed the Motion to Shorten and the Motion to Strike, and found that the relief requested in the Motion to Shorten is justified under the circumstances;

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Motion to Strike will be considered at the hearing scheduled before the Court on **March 14, 2023, at 10:00 a.m. (ET)**.

3. Objections, if any, to the relief requested in the Motion to Strike shall be due **by March 13, 2023, at 4:00 p.m. (ET).**

---

[1] The Debtor in this Chapter 11 case is Emergent Fidelity Technologies Ltd., a company formed under the laws of Antigua and Barbuda with registration number 17532 as identified by the Antigua and Barbuda Financial Services Regulatory Commission. The Debtor's principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

2

      4.      This Court retains jurisdiction to construe and enforce the terms of this Order.