# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Emergent Fidelity Technologies Ltd, | ) Case No. 23-10149 (JTD) |
|  | ) |
| Debtor.[1] | ) |
|  | ) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
MARCH 14, 2023, AT 10:00 A.M. (ET), BEFORE THE HONORABLE
JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET
STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING
TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY
PRESENT IN THE COURTROOM. ANY NON-PARTICIPANT MAY VIEW
THE HEARING VIA ZOOM BY REGISTERING IN ADVANCE AT
THE LINK BELOW BY MARCH 14, 2023 AT 8:00 A.M. (ET)**

**Non-participants, please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJIsdumgqjosE0S9ITJG2TmVZwXzEovUu2o

**After registering your appearance by Zoom, you will receive a confirmation
email containing information about joining the hearing.**

Topic: Emergent Fidelity Technologies Ltd - Case No. 23-10149 (JTD)
When: March 14, 2023 at 10:00 a.m. (ET)

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM
OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1] The Debtor in this Chapter 11 case is Emergent Fidelity Technologies Ltd, a company formed under the laws of Antigua and Barbuda with registration number 17532 as identified by the Antigua and Barbuda Financial Services Regulatory Commission. The Debtor's principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**MATTERS GOING FORWARD:**

1. BlockFi's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case [D.I. 32, filed on February 16, 2023]

   Response Deadline: March 2, 2023 at 4:00 p.m. (ET)

   Responses Received:

   A. Debtor's Opposition to BlockFi's Motion to Dismiss, including the Declaration of John C. Goodchild, III [D.I. 40, filed on March 2, 2023]

   B. FTX Debtors' Opposition to BlockFi's Motion to Dismiss [D.I. 41, filed on March 2, 2023]

   C. Joinder of the Official Committee of Unsecured Creditors of the FTX Debtors to the FTX Debtors' Opposition to BlockFi's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case [D.I. 50, filed on March 2, 2023]

   Related Documents:

   A. Declaration of Angela Barkhouse in Support of the Debtor's Chapter 11 Petition [D.I. 3, filed on February 3, 2023]

   B. Notice of Hearing to Consider BlockFi's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case [D.I. 33, filed on February 17, 2023]

   C. BlockFi's Omnibus Reply in Support of its Motion to Dismiss [D.I. 62, filed on March 9, 2023]

   D. BlockFi's Motion to Strike (I) FTX Debtors' Opposition to BlockFi's Motion to Dismiss and (II) Joinder of the Official Committee of Unsecured Creditors of the FTX Debtors to the FTX Debtors' Opposition to BlockFi's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case [D.I. 63, filed on March 9, 2023]

   E. BlockFi's Motion to Shorten Notice with Respect to Motion to Strike [D.I. 64, filed on March 9, 2023]

   Status: This matter is going forward as a contested, evidentiary hearing. The Debtor anticipates filing its intention to call witnesses by March 12, 2023 at 10 a.m. (ET).

2. Debtor's Motion for Entry of an Order (I) Directing Joint Administration of Its Chapter 11 Case and (II) Granting Related Relief [D.I. 38, filed on February 28, 2023]

   Response Deadline: March 7, 2023 at 4:00 p.m. (ET)

   Responses Received:

   A. BlockFi's Limited Objection to the Debtor's Motion for Entry of an Order (I) Directing Joint Administration of Its Chapter 11 Case and (II) Granting Related Relief [D.I. 58, filed on March 7, 2023]

   Status: This matter is going forward as a contested matter. The Debtor anticipates filing a revised proposed order to address informal comments received from the United States Trustee and other parties in interest, and coordinating with the FTX Debtors to serve the revised proposed order and other related materials on the FTX notice parties. The Debtor intends to seek entry of an interim order at the hearing and will seek entry of a final order after the foregoing additional service has been provided.

   [*Remainder of page intentionally left blank*]

Dated: March 10, 2023  
Wilmington, DE

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ *Jody C. Barillare*
Jody C. Barillare (Bar No. 5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Email: jody.barillare@morganlewis.com

- and -

John C. Goodchild, III (admitted *pro hac vice*)
Matthew C. Ziegler (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Email: john.goodchild@morganlewis.com
Email: matthew.ziegler@morganlewis.com

- and -

Craig A. Wolfe (admitted *pro hac vice*)
Joshua Dorchak (admitted *pro hac vice*)
David K. Shim (admitted *pro hac vice*)
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Email: craig.wolfe@morganlewis.com
Email: joshua.dorchak@morganlewis.com
Email: david.shim@morganlewis.com

*Proposed Counsel for Emergent Fidelity Technologies Ltd as Debtor and Debtor-in-Possession*