THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Emergent Fidelity Technologies, Ltd.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-10149 (JTD) |

**BLOCKFI'S WITNESS AND EXHIBIT LIST FOR MARCH 14, 2023 HEARING**

BlockFi Inc., BlockFi Lending LLC, and BlockFi International LLC (together, "BlockFi"), in accordance with the *Chambers Procedures for the Honorable John T. Dorsey*, hereby disclose that they may call and/or introduce the following witnesses and exhibits at the March 14, 2023 hearing (the "Hearing") in connection with *BlockFi's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case* [D.I. 32] (the "Motion to Dismiss").

**WITNESSES**

In connection with the Hearing, BlockFi *may* call one or more of the following individuals to provide testimony:

1. Mark Renzi. The scope of Mr. Renzi's testimony will include, but may not be limited to, all matters set forth in the *Declaration of Mark A. Renzi in Support of BlockFi's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case* [D.I. 32-2]. In the first instance, BlockFi intends to rely on the declaration [D.I. 32-2], but BlockFi reserves the right to call Mr. Renzi as a live witness. Mr. Renzi intends to appear in-person, and has access to his declaration and the exhibits appended thereto.

2. Richard D. Anigian. The scope of Mr. Anigian's testimony will include, but may not be limited to, all matters set forth in the *Declaration of Richard D. Anigian in Support of BlockFi's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case* [D.I. 32-3]. In the first instance, BlockFi intends to rely on the

---

[1] The Debtor in this Chapter 11 case is Emergent Fidelity Technologies Ltd., a company formed under the laws of Antigua and Barbuda with registration number 17532 as identified by the Antigua and Barbuda Financial Services Regulatory Commission. The Debtor's principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

declaration [D.I. 32-3], but BlockFi reserves the right to call Mr. Anigian as a live witness. Mr. Anigian intends to appear in-person, and has access to his declaration and the exhibits appended thereto.

3. Any rebuttal and/or impeachment witness.

4. Any witness designated or introduced by any other party.

5. Any witness necessary to authenticate a document.

## EXHIBITS

In connection with the Hearing, BlockFi *may* introduce one or more of the following exhibits (exclusive of those that may be used for purposes of rebuttal or impeachment):

| BlockFi's Ex. No. | Description | Docket No. (if available) |
|---|---|---|
| A | **Declaration of Mark A. Renzi in Support of BlockFi's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case, dated Feb. 16, 2023** | **32-2** |
| A-1 | US Loan Agreement, dated July 15, 2019 | 32-2 |
| A-2 | Master Loan Agreement, dated Aug. 14, 2020 | 32-2 |
| A-3 | International Loan Agreement, dated Jan. 26, 2022 | 32-2 |
| A-4 | Forbearance Agreement, dated Nov. 9, 2022 | 32-2 |
| A-5 | Alameda Pledge Agreement, dated Nov. 9, 2022 | 32-2 |
| A-6 | Emergent Pledge Agreement, dated Nov. 9, 2022 | 32-2 |
| A-7 | SBF Emails authorizing Caroline Ellison to sign Emergent Pledge Agreement, dated Nov. 9, 2022 | 32-2 |
| A-8 | UCC-1 Financing Statement for Emergent Pledge Agreement, dated Nov. 10, 2022 | 32-2 |
| A-9 | Notice Letter, dated Nov. 10, 2022 | 32-2 |
| B | **Declaration of Richard D. Anigian in Support of BlockFi's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case, dated** | **32-3** |
| B-1 | Emergent's SEC Schedule 13D, dated May 12, 2022 | 32-3 |
| B-2 | BlockFi Letter to Marex, dated Nov. 14, 2022 | 32-3 |
| B-3 | Doherty Letter, dated Nov. 14, 2022 | 32-3 |
| B-4 | Second Doherty Letter, dated Nov. 16, 2022 | 32-3 |
| B-5 | Third Doherty Letter, Dec. 2, 2022 | 32-3 |
| B-6 | Emergent Certificate of Incorporation | 32-3 |

| BlockFi's Ex. No. | Description | Docket No. (if available) |
|---|---|---|
| B-7 | Emergent Application for International Business Charter | 32-3 |
| B-8 | Emergent Articles of Incorporation and General By-Laws | 32-3 |
| B-9 | Emergent Notice of Registered Office | 32-3 |
| B-10 | Emergent Notice of Directors | 32-3 |
| B-11 | Shimon's Notice of Application in 0456 Action, dated Nov. 18, 2022 | 32-3 |
| B-12 | Shimon's Supporting Affidavit, dated Nov. 18, 2022 | 32-3 |
| B-13 | Antiguan Receivership Order in 0456 Action, dated Nov. 18, 2022 | 32-3 |
| B-14 | Barkhouse and Shukla's Petition to be Appointed Joint Liquidators in 0480 Action, dated Dec. 2, 2022 | 32-3 |
| B-15 | Barkhouse's First Affidavit in 0480 Action, dated Dec. 2, 2022 | 32-3 |
| B-16 | Antiguan Liquidation Order in 0480 Action, dated Dec. 5, 2022 | 32-3 |
| B-17 | SBF's Affidavit in 0456 Action, dated Dec. 12, 2022 | 32-3 |
| B-18 | Barkhouse's Third Affidavit in 0480 Action, dated Dec. 19, 2022 | 32-3 |
| B-19 | Transcript of Hearing in BlockFi Action, dated Dec. 28, 2022 | 32-3 |
| B-20 | 0480 Action Order, dated Jan. 12, 2023 | 32-3 |
| B-21 | Transcript of Hearing in BlockFi Action, dated Jan. 9, 2023 | 32-3 |
| B-22 | Shukla's First Affidavit in 0480 Action, dated Jan. 15, 2023 | 32-3 |
| B-23 | Order Staying 0480 Action in 0002 Appeal, dated Jan. 27, 2023 | 32-3 |
| B-24 | Order Reversing Stay of 0480 Action in 0002 Appeal, dated Feb. 3, 2023 | 32-3 |
| B-25 | Order Setting Hearing in 0002 Appeal, dated Feb. 3, 2023 | 32-3 |
| B-26 | Portion of Evans Declaration in Voyager Bankruptcy, dated Jan. 31, 2023 | 32-3 |
| B-27 | JPL's Emergency Motion for Extension, filed in BlockFi Action, dated Dec. 27, 2022 | 32-3 |
| B-28 | JPL's Response to FTX Debtors' Motion to Extend Stay, filed in FTX Debtors' Cases, dated Jan. 5, 2023 | 32-3 |
| B-29 | JPL's Opposition to BlockFi Turnover Motion, filed in BlockFi Action, dated Jan. 5, 2023 | 32-3 |
| B-30 | SBF Original Indictment, dated Dec. 9, 2022 | 32-3 |
| B-31 | Gov't Bill of Particulars, dated Jan. 20, 2022 | 32-3 |
| 1 | Emergent's Chapter 11 Voluntary Petition, filed Feb. 3, 2023 | 1 |
| 2 | Declaration of Angela Barkhouse in Support of the Debtor's | 3 |

| BlockFi's Ex. No. | Description | Docket No. (if available) |
|---|---|---|
|  | Chapter 11 Petition, filed Feb. 3, 2023 |  |
| 3 | Emergent's Schedules of Assets and Liabilities, filed Feb. 17, 2023 | 34 |
| 4 | Emergent's Statement of Financial Affairs, filed Feb. 17, 2023 | 35 |
| 5 | Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Morgan, Lewis & Bockius LLP as Attorneys for the Debtor Effective as of the Petition Date, filed Mar. 3, 2023 | 56 |
| 6 | Debtor's Proposed Order Authorizing the Retention and Employment of Morgan, Lewis & Bockius LLP as Attorneys for the Debtor Effective as of the Petition Date, filed Mar. 3, 2023 | 56-1 |
| 7 | Declaration of Craig A. Wolfe in Support of the Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Morgan, Lewis & Bockius LLP as Attorneys for the Debtor Effective as of the Petition Date, filed Mar. 3, 2023 | 56-2 |
| 8 | Notice of Amendments to Debtor's Summary of Assets and Liabilities, Schedule A/B, and Schedule E/F, filed March 9, 2023 | 59 |

Additionally, BlockFi asks that the Court take judicial notice of the pleadings filed (including any and all schedules, amendments, exhibits, and other attachments thereto) in this case. BlockFi reserves the right to use additional demonstrative exhibits as it deems appropriate in connection with the Hearing and the Motion to Dismiss.

## RESERVATION OF RIGHTS

BlockFi reserves the right to supplement or modify this exhibit and witness list in all respects, including, without limitation, using additional witnesses or exhibits, as necessary, at any time prior to the Hearing. BlockFi further reserves the right to call rebuttal witnesses, or any witnesses identified by any party in this contested matter. BlockFi also reserves the right to use exhibits not listed herein for purposes of rebuttal or impeachment, and to use any exhibits designated or presented by any other party.

| | |
|---|---|
| Dated: March 11, 2023<br>Wilmington, Delaware | **MORRIS NICHOLS ARSHT & TUNNELL LLP**<br><br>*/s/ Derek C. Abbott*<br>Derek C. Abbott (No. 3376)<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@morrisnichols.com<br><br>and<br><br>**HAYNES AND BOONE, LLP**<br><br>Richard S. Kanowitz (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112<br>Telephone: (212) 659-7300<br>Facsimile: (212) 918-8989<br>Email: Richard.Kanowitz@haynesboone.com<br><br>Richard D. Anigian (admitted *pro hac vice*)<br>Charles M. Jones II (admitted *pro hac vice*)<br>Brian Singleterry (admitted *pro hac vice*)<br>2323 Victory Avenue<br>Suite 700<br>Dallas, TX 75219<br>Telephone: (214) 651-5000<br>Facsimile: (214) 651-5940<br>Email:  Rick.Anigian@haynesboone.com<br>            Charlie.Jones@haynesboone.com<br>            Brian.Singleterry@haynesboone.com<br><br>*Counsel for BlockFi Inc. and its affiliates* |