**CERTIFICATE OF SERVICE**

I certify that on this 12th day of March 2023, a true and correct copy of the foregoing *Notice of Debtor's Intent to Offer Witness Testimony at the Hearing on March 14, 2023* was sent via ECF Noticing to all parties receiving ECF Notices in this Chapter 11 Case.

*/s/ Jody C. Barillare*
Jody C. Barillare, Esq.