## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Emergent Fidelity Technologies Ltd.,[1] | Case No. 23-10149 (JTD) |
| Debtor. | (Jointly Administered Requested) |

### <u>AFFIDAVIT OF SERVICE</u>

I, Thomas Quigley, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for FTX Trading LTD and its affiliated chapter 11 debtors.

On March 2, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail and email on the Notice Parties Service List attached hereto as **<u>Exhibit A</u>**:

- FTX Debtors' Opposition to BlockFi's Motion to Dismiss [Docket No. 41]

*[Remainder of page intentionally left blank]*

---

[1] The Debtor in this chapter 11 case is Emergent Fidelity Technologies Ltd. ("Emergent" or the "Emergent Debtor"), a company formed under the laws of Antigua and Barbuda with registration number 17532 as identified by the Antigua and Barbuda Financial Services Regulatory Commission. The Debtor's principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Dated: March 10, 2023

*/s/ Thomas Quigley*
Thomas Quigley

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 10, 2023, by Thomas Quigley, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.


*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 67711

**<u>Exhibit A</u>**

Exhibit A
Notice Parties Service List
Served via First Class Mail and Email

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| 12109484 | HAYNES AND BOONE, LLP | Attn: Richard D. Anigian, Esq., Charles M. Jones II, Esq. | 2323 Victory Avenue, Suite 700 | Dallas | TX | 75219 | Rick.Anigian@haynesboone.com; Charlie.Jones@haynesboone.com |
| 12109479 | HAYNES AND BOONE, LLP | Attn: Richard Kanowitz, Esq. | 30 Rockefeller Plaza, 26th Floor | New York | NY | 10112 | Richard.Kanowitz@haynesboone.com |
| 12109453 | MORGAN, LEWIS & BOCKIUS LLP | Attn: Craig A. Wolfe, Esq., Joshua Dorchak, Esq., David K. Shim, Esq. | 101 Park Avenue | New York | NY | 10178 | craig.wolfe@morganlewis.com; joshua.dorchak@morganlewis.com; david.shim@morganlewis.com |
| 12109448 | MORGAN, LEWIS & BOCKIUS LLP | Attn: Jody C. Barillare, Esq. | 1201 North Market Street, Suite 2201 | Wilmington | DE | 19801 | jody.barillare@morganlewis.com |
| 12109467 | MORGAN, LEWIS & BOCKIUS LLP | Attn: John C. Goodchild III, Esq., Matthew C. Ziegler, Esq. | 1701 Market St | Philadelphia | PA | 19103 | jgoodchild@morganlewis.com; matthew.ziegler@morganlewis.com |
| 12109471 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Attn: Derek C. Abbott, Esq. | 1201 North Market Street, Suite 1600 | Wilmington | DE | 19801 | dabbott@morrisnichols.com |
| 12109473 | OFFICE OF THE UNITED STATES TRUSTEE | Attn: Juliet M. Sarkessian, Esq. | 844 King Street, Suite 2207, Lockbox #35 | Wilmington | DE | 19801 | juliet.m.sarkessian@usdoj.gov |