# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Emergent Fidelity Technologies Ltd, | ) Case No. 23-10149 (JTD) |
|  | ) |
| Debtor.[1] | ) |

## AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MARCH 14, 2023, AT 10:00 A.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801

**ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY PRESENT IN THE COURTROOM. ANY NON-PARTICIPANT MAY VIEW THE HEARING VIA ZOOM BY REGISTERING IN ADVANCE AT THE LINK BELOW BY MARCH 14, 2023 AT 8:00 A.M. (ET)**

**Non-participants, please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJIsdumgqjosE0S9ITJG2TmVZwXzEovUu2o

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: Emergent Fidelity Technologies Ltd - Case No. 23-10149 (JTD)
When: March 14, 2023 at 10:00 a.m. (ET)

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1] The Debtor in this Chapter 11 case is Emergent Fidelity Technologies Ltd, a company formed under the laws of Antigua and Barbuda with registration number 17532 as identified by the Antigua and Barbuda Financial Services Regulatory Commission. The Debtor's principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] **Amended items appear in bold.**

**MATTERS GOING FORWARD:**

1. BlockFi's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case [D.I. 32, filed on February 16, 2023]

    Response Deadline: March 2, 2023 at 4:00 p.m. (ET)

    Responses Received:

    A. Debtor's Opposition to BlockFi's Motion to Dismiss, including the Declaration of John C. Goodchild, III [D.I. 40, filed on March 2, 2023]

    B. FTX Debtors' Opposition to BlockFi's Motion to Dismiss [D.I. 41, filed on March 2, 2023]

    C. Joinder of the Official Committee of Unsecured Creditors of the FTX Debtors to the FTX Debtors' Opposition to BlockFi's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case [D.I. 50, filed on March 2, 2023]

    Related Documents:

    A. Declaration of Angela Barkhouse in Support of the Debtor's Chapter 11 Petition [D.I. 3, filed on February 3, 2023]

    B. Notice of Hearing to Consider BlockFi's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case [D.I. 33, filed on February 17, 2023]

    C. BlockFi's Omnibus Reply in Support of its Motion to Dismiss [D.I. 62, filed on March 9, 2023]

    D. BlockFi's Motion to Strike (I) FTX Debtors' Opposition to BlockFi's Motion to Dismiss and (II) Joinder of the Official Committee of Unsecured Creditors of the FTX Debtors to the FTX Debtors' Opposition to BlockFi's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case [D.I. 63, filed on March 9, 2023]

    E. BlockFi's Motion to Shorten Notice with Respect to Motion to Strike [D.I. 64, filed on March 9, 2023]

    F. **FTX Debtors' Objection to BlockFi's Motion to Shorten with Respect to Motion to Strike [D.I. 69, filed on March 10, 2023]**

    G. **BlockFi's Witness and Exhibit List for March 14, 2023 Hearing [D.I. 70, filed on March 11, 2023]**

      H.      [Notice of Debtor's Intent to Offer Witness Testimony at the Hearing on March 14, 2023 \[D.I. 71, filed on March 12, 2023\]](#)

      I.      [FTX Debtors' Objection to BlockFi's Motion to Strike \[D.I. 73, filed on March 13, 2023\]](#)

      J.      [Objection of the Official Committee of Unsecured Creditors of the FTX Debtors to BlockFi's Motion to Strike \[D.I. 74, filed on March 13, 2023\]](#)

<u>Status</u>: **This matter is going forward as a contested, evidentiary hearing. The parties intend to offer witness testimony regarding BlockFi's motion to dismiss and responses thereto.**

2.    [Debtor's Motion for Entry of an Order (I) Directing Joint Administration of Its Chapter 11 Case and (II) Granting Related Relief \[D.I. 38, filed on February 28, 2023\]](#)

<u>Response Deadline</u>: March 7, 2023 at 4:00 p.m. (ET)

<u>Responses Received</u>:

      A.      [BlockFi's Limited Objection to the Debtor's Motion for Entry of an Order (I) Directing Joint Administration of Its Chapter 11 Case and (II) Granting Related Relief \[D.I. 58, filed on March 7, 2023\]](#)

<u>Related Documents</u>:

      A.      [Notice of Filing of Amended Proposed Order (I) Directing Joint Administration of the Debtor's Chapter 11 Case and (II) Granting Related Relief \[D.I. 75, filed on March 13, 2023\]](#)

      B.      [Declaration of John C. Goodchild, III in Support of Debtor's Motion for Entry of an Order (I) Directing Joint Administration of the Chapter 11 Case and (II) Granting Related Relief \[D.I. 76, filed on March 13, 2023\]](#)

<u>Status</u>: **This matter is going forward as a contested matter. Subject to BlockFi's limited objection and the United States Trustee's review of the supporting declaration, all informal comments from various parties in interest have been resolved with modifications to the proposed order to be reflected in a redline filed on March 13, 2023 [D.I. 76]. The Debtor intends to seek entry of the revised proposed order on an interim basis and will seek entry of a final order after the additional service has been provided pursuant to the revised proposed order.**

| | |
|---|---|
| Dated: March 13, 2023<br>Wilmington, DE | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>/s/ *Jody C. Barillare*<br>Jody C. Barillare (Bar No. 5107)<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>Telephone: (302) 574-3000<br>Email: jody.barillare@morganlewis.com<br><br>- and -<br><br>John C. Goodchild, III (admitted *pro hac vice*)<br>Matthew C. Ziegler (admitted *pro hac vice*)<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5000<br>Email: john.goodchild@morganlewis.com<br>Email: matthew.ziegler@morganlewis.com<br><br>- and -<br><br>Craig A. Wolfe (admitted *pro hac vice*)<br>Joshua Dorchak (admitted *pro hac vice*)<br>David K. Shim (admitted *pro hac vice*)<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br>Email: craig.wolfe@morganlewis.com<br>Email: joshua.dorchak@morganlewis.com<br>Email: david.shim@morganlewis.com<br><br>*Proposed Counsel for Emergent Fidelity Technologies Ltd as Debtor and Debtor-in-Possession* |