IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Emergent Fidelity Technologies Ltd, | ) | Case No. 23-10149 (JTD) |
| | ) | |
| Debtor.[1] | ) | **RE: D.I. 75, 76, 77** |
| | ) | |

## CERTIFICATE OF SERVICE

I, Jody C. Barillare, hereby certify that on March 10, 2023, I caused to be served copies of the Notice of Agenda for March 14, 2023 Hearing [D.I. 67] to all parties consenting to service through the Court's CM/ECF system, and via electronic mail to the extent email addresses are available. I further certify that on March 13, 2023, I caused to be served the following documents to all parties consenting to service through the Court's CM/ECF system, and via electronic mail to the extent email addresses are available.

The documents include:

I. *Notice of Filing of Amended Proposed Order (I) Directing Joint Administration of the Debtor's Chapter 11 Case and (II) Granting Related Relief* [D.I. 75];

II. *Declaration of John C. Goodchild, III in Support of Debtor's Motion for Entry of an Order (I) Directing Joint Administration of the Chapter 11 Case and (II) Granting Related Relief* [D.I. 76]; and

III. *Notice of Amended Agenda for March 14, 2023 Hearing* [D.I. 77].

Dated: March 13, 2023　　　　　　　　　　**MORGAN, LEWIS & BOCKIUS LLP**
Wilmington, DE

　　　　　　　　　　　　　　　　　　　　／s／ *Jody C. Barillare*
　　　　　　　　　　　　　　　　　　　　Jody C. Barillare (Bar No. 5107)
　　　　　　　　　　　　　　　　　　　　1201 N. Market Street, Suite 2201
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 574-3000
　　　　　　　　　　　　　　　　　　　　Email: jody.barillare@morganlewis.com

---

[1] The Debtor in this Chapter 11 case is Emergent Fidelity Technologies Ltd, a company formed under the laws of Antigua and Barbuda with registration number 17532 as identified by the Antigua and Barbuda Financial Services Regulatory Commission. The Debtor's principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.