# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 23-10149    **CASE NAME:** Emergent Fidelity Technologies Ltd.    **DATE:** 3/14/2023 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert Poppiti | Young Conaway | FTX Committee |
| Isaac Sasso | Paul Hastings | FTX Committee |
| Richard Kanowitz | Haynes Boone | BlockFi |
| Michael Hurigan | Haynes Boone | BlockFi |
| Charlie Jones | Haynes Boone | BlockFi |
| Derek Abbott | Morris Nichols | " |
| Tori Remington | " " | " |
| Brian D Glueckstein | Sullivan Cromwell | FTX Debtors |
| Adam G. Landis | Landis Rath & Cobb | " " |
| Benjamin Hackman | | U.S. Trustee |
| Jody Barillare | Morgan Lewis | Emergent Debtor |
| John Goodchild | " | " |
| Josh Dorchak | " | " |

# 10:00am  Emergent Fidelity Technologies Ltd.  23-10149  Motion to Dismiss  3-14-2023

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| | | | |
| Edward | Schnitzer | Samuel Bankman-Fried | Montgomery McCracken Walker & Rhoads LLP |
| Seth | Shapiro | United States of America | United States Department of Justice |
| Becky | Yerak | Wall Street Journal | News Corp |
| Craig | Rasile | Creditor | Winston & Strawn |
| Alicia | Pitts | BlockFi | Haynes and Boone LLP |
| Julian | Beach | United States | DOJ |
| Negisa | Balluku | N/A | Bloomberg LP |
| Rick | Antonoff | Interested Party | Blank Rome LLP |
| Michael | Panacio | United States Trustee | |
| Gabe | Sasson | FTX Unsecured Creditors Committee | Paul Hastings |
| Isaac | Sasson | FTX Unsecured Creditors Committee | Paul Hastings LLP |
| Mathew | Laskowski | FTX Unsecured Creditors Committee | Paul Hastings LLP |
| Erez | Gilad | FTX Unsecured Creditors Committee | Paul Hastings LLP |
| Ken | Pasquale | FTX Unsecured Creditors Committee | Paul Hastings LLP |
| Luc | Despins | FTX Unsecured Creditors Committee | Paul Hastings LLP |
| Cathy | Ta | Reorg | |
| Brian | Nakhaimousa | Guest | |
| Amelia | Pollard | Reporter | Bloomberg News |
| Caroline | Salls | media - BankruptcyData | |
| Stephanie | Murray | press | |
| Dallas | Taylor | Marex Capital Markets | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. |

# 10:00am  Emergent Fidelity Technologies Ltd.  23-10149  Motion to Dismiss  3-14-2023

| | | | |
|---|---|---|---|
| Taylor | Harrison | Debtwire | |
| Richard | Archer | Law360 | |
| Toni | Shukla | Emergent Fidelity Technologies Ltd | |
| David | Shim | Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP |
| Timothy | Karweti | BlockFi International JPLs | EY Bermuda Ltd |
| Jonathan | Mayers | Blockfi | |
| Ross | Kirschner | BlockFi | |
| Jack | Schickler | Media | CoinDesk |

| | | | |
|---|---|---|---|
| Zac | Prince | Blockffi | Boockfi |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Andrea | Terraneo | Quantuma (BVI) Limited - JPLs | Quantuma (BVI) Limited - JPLs |
| Matthew | Pierce | FTX Debtors | Landis Rath & Cobb |
| Kimberly | Brown | FTX Debtors | Landis Rath & Cobb |
| Howard | Robertson | FTX Debtors | Landis Rath & Cobb |
| Tamara | Mann | BlockFi Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Stuart | King | Interested Party | Fulcrum Capital |
| | | | |
| | | | |