# EXHIBIT A

## Additional Searched Parties List[1]

| FTX Creditors' Committee Members ||
|---|---|
| Zachary Bruch | Coincident Capital International, Ltd. |
| GGC International Ltd. | Octopus Information Ltd. |
| Pulsar Global Ltd. | Larry Qian |
| Acaena Amoros Romero | Wincent Investment Fund PCC Ltd. |
| Wintermute Asia PTE. Ltd. | Epsilon Trading |
| **FTX Directors and Officers** ||
| Andy Fisher | Arthur Thomas |
| Can Sun | Caroline Papadopoulas |
| Constance Wang | Corporate & Trust Services Limited |
| Dan Friedberg | Diana Aidee Munoz Maclao De Camargo |
| Edward Moncada | Jen Chan |
| John Samuel Trabucco | Jonathan Cheesman |
| Joseph J. Farnan | Kariya Kayamori |
| Larry Thompson | Luk Wai Chan |
| Mark Wetjen | Matt Rosenberg |
| Matthew Doheny | Matthew Ness |
| Michael McCarty | Michael Watson |
| Mitch Sonkin | Nishad Singh |
| Rishi Jain | Ryan Salame |
| Ryne Miller | Samuel Bankman-Fried[2] |
| Serhat Aydin | Shiliang Tang |
| Sina Nader | Takashi Hidaka |
| Terence Choo | Venu Palaparthi |
| Wang Zhe | Wing Man Charis Law |
| Wong Jing Yu | Zach Dexter |
| Zhe Wang | Caroline Ellison |
| Zixiao "Gary" Wang | John. J. Ray |
| **5% or More Equity Holders of the FTX Debtors** ||
| Samuel Bankman-Fried | Edward Moncada |
| Nishad Singh | Zixiao Wang |
| **FTX Insiders** ||
| Samuel Bankman-Fried | Zixiao "Gary" Wang |
| Nishad Singh | Caroline Ellison |
| Zhe "Constance" Wang | Barbara Fried |
| Joseph Bankman | Gabriel Bankman-Fried |
| **U.S. Trustee's Office – Region 3 (Delaware Division)** ||
| David Gerardi | Andrew R. Vara |

---

[1] The list (and the categories contained herein) is for the purpose of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose.

[2] *See* Ex. B-2, *Application for Entry of an Order Authorizing the Retention and Employment of Morgan, Lewis & Bockius LLP as Attorneys for the Debtor Effective as of the Petition Date* (the "Application") [D.I. 56, Case No. 23-10149].