**EXHIBIT B**

**Additional Client Match List**

| Category | Name of Entity Searched | Hits:<br>Name of Entity and/or Affiliate of Entity<br>that is a MLB Client or Affiliated with a MLB Client | Status |
|---|---|---|---|
| **FTX Creditors' Committee Members** | Epsilon Trading | Delta Air Lines, Inc. | Morgan Lewis has advised Epsilon's affiliates—Delta Air Lines, Inc. and Monroe Energy LLC—in matters unrelated to the Emergent or FTX chapter 11 cases. |
| | | Monroe Energy LLC | |
| **FTX Directors and Officers** | Matthew Doheny | Reddaway | Upon information and belief, Mr. Doheny has served on the board of directors of Yellow Corporation. Morgan Lewis has advised certain affiliates of Yellow Corporation in matters unrelated to the Emergent or FTX chapter 11 cases. |
| | | YRC Inc. | |
| | | USF Holland Inc. | |
| | | New Penn Motor Express | |