# EXHIBIT C

## Supplemental Disclosures Regarding the Client Match List on Exhibit B-2 of the Original Wolfe Declaration

| Category in the Original Wolfe Declaration | Name of Entity Searched | Hits: Name of Entity and/or Affiliate of Entity that is a MLB Client or Affiliated with a MLB Client | Status |
|---|---|---|---|
| Equity Holders | Samuel Bankman-Fried | FTX Foundation, Inc. | Morgan Lewis has advised FTX Foundation regarding charitable and tax matters unrelated to the Emergent or FTX chapter 11 cases. The representation began prepetition, and Morgan Lewis is listed as power of attorney for those charitable and tax matters. Upon information and belief, FTX Foundation no longer has any principals in its entity. Furthermore, the Emergent Debtor did not transfer any funds or proceeds to FTX Foundation. |
| Other Parties in Interest | Robinhood Markets, Inc. | Robinhood Financial, LLC | Morgan Lewis has represented Robinhood Financial, LLC and an affiliate in matters unrelated to the Emergent or FTX chapter 11 cases, including the period during which Emergent acquired the Robinhood shares between March 2022 and May 2022. Morgan Lewis did not advise Robinhood in connection with Emergent's acquisition of the Robinhood shares. |
| Other Parties in Interest | Robinhood Markets, Inc. | Robinhood Markets, Inc. | Morgan Lewis has represented Robinhood Financial, LLC and an affiliate in matters unrelated to the Emergent or FTX chapter 11 cases, including the period during which Emergent acquired the Robinhood shares between March 2022 and May 2022. Morgan Lewis did not advise Robinhood in connection with Emergent's acquisition of the Robinhood shares. |
| Litigation Counterparties | BlockFi Inc. | BlockFi NB LLC | Morgan Lewis previously represented a joint venture between BlockFi and an unrelated entity on structuring and regulatory matters for certain bitcoin investment products. The representation was unrelated to the Emergent or FTX chapter 11 cases, and the project was terminated prepetition, bringing the matter to a close prior to the Petition Date. |
| Litigation Counterparties | BlockFi International LLC | BlockFi NB LLC | Morgan Lewis previously represented a joint venture between BlockFi and an unrelated entity on structuring and regulatory matters for certain bitcoin investment products. The representation was unrelated to the Emergent or FTX chapter 11 cases, and the project was terminated prepetition, bringing the matter to a close prior to the Petition Date. |
| Litigation Counterparties | BlockFi Lending LLC | BlockFi NB LLC | Morgan Lewis previously represented a joint venture between BlockFi and an unrelated entity on structuring and regulatory matters for certain bitcoin investment products. The representation was unrelated to the Emergent or FTX chapter 11 cases, and the project was terminated prepetition, bringing the matter to a close prior to the Petition Date. |