**EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Emergent Fidelity Technologies Ltd, | ) | Case No. 23-10149 (JTD) |
| | ) | |
| Debtor.[1] | ) | |
| | ) | |

**ORDER SCHEDULING STATUS CONFERENCE**

Upon a joint oral motion (the "Motion") made during a hearing on March 14, 2023 (the "Hearing") for a status conference regarding a potential agreement among the Emergent Debtor, the FTX Debtors, and BlockFi (the "Parties") to stay or limit certain litigation (the "Agreement") among them; and the Court having considered the statements of the Parties' counsel at the Hearing; and as stated on the record and for the reasons set forth at the Hearing;

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is **GRANTED** as set forth herein.

2.      A status conference concerning the Agreement shall be held during the FTX omnibus hearing in *In re FTX Trading, Ltd., et. al*, Case No. 22-11068 (JTD) (Jointly Administered) scheduled for **April 12, 2023 at 1:00 p.m., prevailing Eastern Time**.

3.      No later than **April 10, 2023 at 5:00 p.m., prevailing Eastern Time**: (a) if the Parties have agreed on all terms of the Agreement, the FTX Debtors on behalf of the Parties shall file the Agreement in the FTX Chapter 11 Cases, and in advance of such filing shall provide a copy of the Agreement to the United States Department of Justice and the Office of the United

---

[1] The Debtor in this Chapter 11 case is Emergent Fidelity Technologies Ltd, a company formed under the laws of Antigua and Barbuda with registration number 17532 as identified by the Antigua and Barbuda Financial Services Regulatory Commission.  The Debtor's principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

2

States Trustee; and (b) if the Parties have not agreed on all terms of the Agreement, the FTX Debtors on behalf of the Parties shall submit to Chambers by email a joint status report identifying all material resolved and unresolved terms of the Agreement and stating each Party's position on the unresolved terms.

      4.      The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2023  
Wilmington, Delaware

                                                  JOHN T. DORSEY  
                                                  UNITED STATES BANKRUPTCY JUDGE