# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Emergent Fidelity Technologies Ltd,<br><br>Debtor.[1] | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 23-10149 (JTD) <br> ) <br> ) <br> ) |

## ORDER

Upon consideration of *BlockFi's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case* [D.I. 32] (the "Motion to Dismiss"), *BlockFi's Motion to Strike (I) FTX Debtors' Opposition to BlockFi's Motion to Dismiss and (II) Joinder of the Official Committee of Unsecured Creditors of the FTX Debtors to the FTX Debtors' Opposition to BlockFi's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case* [D.I. 63] (the "Motion to Strike"), and *BlockFi's Motion to Shorten Notice with Respect to Motion to Strike* [D.I. 64] (the "Motion to Shorten Notice," together, the "Motions"); and upon consideration of the responses filed to the Motions; and the Court finding that due and sufficient notice of the Motions was given; and the Court having jurisdiction over these matters pursuant to 28 U.S.C. §§ 157 and 1334; and these matters being a core proceeding under 28 U.S.C. § 157(b); and the Court having held a hearing on the Motions at March 14, 2023 (the "Hearing"); and BlockFi having stated an intention to withdraw the Motion to Dismiss without prejudice; and the Court having considered the statements of counsel at the Hearing; and on the record of the Hearing; and for the reasons set forth in the Court's ruling on the Motions at the Hearing;

---

[1] The Debtor in this Chapter 11 case is Emergent Fidelity Technologies Ltd, a company formed under the laws of Antigua and Barbuda with registration number 17532 as identified by the Antigua and Barbuda Financial Services Regulatory Commission. The Debtor's principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Dismiss is **WITHDRAWN** without prejudice.

2. The Motion to Shorten Notice is **GRANTED**.

3. The Motion to Strike is **DENIED** for the reasons stated on the record at the Hearing.

4. The Clerk of the Court is authorized and directed to enter the appropriate designation on the docket of this Chapter 11 Case as may be necessary and appropriate to implement this Order.

5. The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

**Dated: April 10th, 2023**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**